# United States District Court
# For the Northern District of Georgia
# Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 29 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

|  |  |
|---|---|
| Sergeant Nathan D. Crisp<br>1750 Racquet Club Circle<br>Lawrenceville, GA 30043<br>404-933-0806<br>nathancrisp@yahoo.com<br>extracrispy13a@gmail.com<br>USAF Security Policeman Ret.<br>A Disabled Person<br>Plaintiff and pro se | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| | ) |
| v. | ) |
| | ) |
| Gwinnett County, GA<br>Unidentified Deep State Agent(s) in<br>official and individual capacities<br>Defendant #1 | )<br>)<br>)<br>) |
| | ) |
| Officer S. Schunck<br>with the Gwinnett County Police Department<br>in his official and individual capacities.<br>Defendant #2 | )<br>)<br>)<br>) |
| | ) |
| Unidentified Officer (likely Officer Bing)<br>with the Gwinnett County Police Department<br>in his official and individual capacities.<br>Defendant #3 | )<br>)<br>)<br>) |
| | ) |
| Daniel J. Porter<br>District Attorney<br>in his official and individual capacities.<br>Defendant #4 | )<br>)<br>)<br>) |

CIVIL ACTION No. _____   **1:18-CV-2619**

CLASS ACTION

JURY TRIAL DEMANDED

1

## COMPLAINT

COME NOW, Sergeant Nathan D. Crisp, USAF Security Police veteran on behalf of himself and files this Complaint against Defendants: Gwinnett County GA; Officer S. Schunck, an Unidentified Officer; and Daniel Porter – District Attorney. In support thereof, Plaintiff respectfully states as follows:

## 2.

## PRELIMINARY STATEMENT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), "a complaint must contain specific factual matter, accepted as true, to 'state a claim to relief that is plausible on its face." Sergeant Nathan D. Crisp, USAF Security Police Veteran - Plaintiff was arrested twice and placed in prison for being forced to say he was a former USAF Security Policeman. This fact is not in dispute!  I repeat, this fact is not in dispute as the Defendant #3 confesses in his Bill of Indictment the following "…hold himself out  as a public officer, to wit: a United States Air Force Officer, by stating he was an officer with the United States Air Force…" Attachment 1 see page 2. This is an established practice, policy, and custom of Defendant #1 establishing a hostility toward the freedom of speech especially when exercise by military personnel.

## 3.

## CLAIMS AND FEDERAL RULE OF CIVIL PROCEDURE 8(A)(2)

This action is taken under USC 1983 for the vindication of rights under the 1st, 4th, 5th, 9th, 13th, and 14th amendments of the United States Constitution;   State Laws Claims: Trespass - O.C.G.A. 9-3-30;  False arrest – with and without a warrant OCGA § 51-7-20 and OCGA § 51-7-1; Owner's right of action for damage to or theft -O.C.G.A. 51-10-6 and O.C.G.A. 9-3-32; Right of action arising from breach of private duty - O.C.G.A. 51-1-8; Intentional Torts - Georgia Code §

51-1-1 - False imprisonment, Assault, Fraud, Intentional Infliction of Emotional Distress, and Intentional Misconduct.

**4.**

**JURISDICTION AND VENUE.**

Pleading under **Federal Rule of Civil Procedure 8(a)(1):** This Court has subject matter and original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343 because the action arises under and is brought under, the Civil Rights Act of 1871, 42 U.S.C. § 1983 and the Fourteenth Amendment to the United States Constitution. The Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1367 because they are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

**5.**

Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because at least one Defendant resides in this judicial district. This District also is an appropriate venue for this action under 28 U.S.C. § 1391(b)(2) because all of the events or omissions giving rise to the claims asserted herein occurred in this judicial district.

**6.**

These events occurred on or near 1735 and 1750 Racquet Club Circle Lawrenceville, GA and Occurring on: 16-18 May, 2017. Venue is proper in this District under 28 U.S.C. § 1391(b)(1) because at least one Defendant resides in this judicial district. This District also is an appropriate venue for this action under 28 U.S.C. § 1391(b)(2) because all of the events or omissions giving rise to the claims asserted herein occurred in this judicial district.

7.

## FACTUAL BACKGROUND

On 16 May 2017 the Plaintiff while walking from a neighbor's home was detained by the Defendant #2 for jaywalking. The Plaintiff informed the Defendant #2 that there are no crosswalks in the housing area. The Defendant #2 walked away! The Plaintiff returned to his neighbor's home. Later, the Plaintiff while walking away from his neighbors home two officers (Defendant #2 and Defendant #3) approached the Plaintiff stating they wanted to talk the Plaintiff. The Plaintiff then attempted to walk away from the Defendants 2 and 3. The Plaintiff is disabled and can't run or walk fast, nor can he stand for long periods of time. Defendant #2 was fully aware of the Plaintiff's disability as he had observed him limping around and leaning on things. Defendant #2 placed his hand on the left arm of the Plaintiff to prevent him from walking away. The Plaintiff then asked "You are holding my arm." Defendant #2 said, "That's right, I am arresting you for impersonation of a Police Officer." This Plaintiff had not told the Defendant #2 that he was a former USAF Security Policeman. The Defendant had obviously heard this information from someone else. The Plaintiff had told another unidentified Policeman (Defendant #3) earlier that had asked how the Plaintiff knew so much about Police Law; that he was a former USAF Security Policeman that was witnessed by approx. 7 persons while in my neighbor's home. Defendant #2 was extremely angry and asked, did you say you were Police. Normally, this Plaintiff likes talking to fellow cops, but this Defendant #2 made the arrest before he had any evidence or probable cause and had not witnessed the Plaintiff stating he was a former USAF Security Policeman. The Plaintiff exercised his 5th amendment right to remain silent multiple times. (NORMALLY THE PLAINTIFF WOULD MOTION FOR A

DISMISSAL FOR VIOLATION OF 5A RIGHTS, BUT WHAT THE PLAINTIFF SAID WAS NOT A CRIME – SO HE CAN'T)  Defendant #2 knowing of the Plaintiff's disability stated, I will not let you go until you talk to me…. We can stand here all night.   Defendant #2 then began pulling the Plaintiff's left arm towards him.  Knowing that the Plaintiff could not stand very long; this Defendant #2 was trying to have the Plaintiff fall towards him, while being over-watched by a second unidentified officer (Defendant #3).  This situation had just become dangerous as Defendant #2 was going to make it look as if the Plaintiff was assaulting or resisting officer!  Defendant #2 intended to kill the Plaintiff or have the over watch officer shoot the Plaintiff.  (THIS IS A HATE CRIME AGAINST THE DSABLED! PLANTFF WAS LOOKING FOR AN OUT OF STATE JOB AT THE TIME – SEE 18 U.S.C. § 249 HATE CRIMES AGAINST A DISABLED PERSON (FELONY); The Plaintiff looked over his right shoulder to see if witnesses and the cameras were in view of this encounter. They were! The Plaintiff in order to save his life, decided to tell Defendant #2 that, "I was a USAF Security Policeman and there can be no crime in that." Defendant #2's act was  "COERCION - A PERSON IS NOT GUILTY OF A CRIME, EXCEPT MURDER, IF THE ACT UPON WHICH THE SUPPOSED CRIMINAL LIABILITY IS BASED IS PERFORMED UNDER SUCH COERCION THAT THE PERSON REASONABLY BELIEVES THAT PERFORMING THE ACT IS THE ONLY WAY TO PREVENT HIS IMMINENT DEATH OR GREAT BODILY INJURY"- O.C.G.A. 16-3-26. (THE PLAINTIFF WOULD NORMALLY MAKE A MOTION FOR DISMISSAL UNDER THIS LAW- BUT THE PLAINTIFFS STATEMENT IS NOT A CRIME – SO HE CAN'T).  Defendant #2 then released the Plaintiffs arm.  The Plaintiff started walking as fast as he could towards his home. Defendant #2 following then asked if the Plaintiff had proof or credentials of being a USAF Security Policeman?  This Plaintiff told Defendant #2

there is no need as claims of being a former Military Policemen can not possibility be construed as a crime. "It is a 1st Amendment Constitutional Right." Defendant #2 stated you must provide me with proof. The Plaintiff stated under probable cause you (Defendant #2) must provide the so called proof of a crime and not me because I have a 5th Amendment right and you have no probable cause for Impersonation. Defendant #2 told the Plaintiff that he can make-up any probable cause he wants – (this is now proven true in Gwinnett County!) The Plaintiff told Defendant #2 making it up is against the law and a cause of cynicism with the public regarding police – police like you (Defendant #2) are the cause of so much distrust in the Police. Defendant #2 stated he would arrest me again if I did not provide proof. Defendant #2 did not arrest the Plaintiff again because many people had been watching this encounter. The Plaintiff told Defendant #2 that he is asking for evidence that does not exist, nor is it required. The Plaintiff told Defendant #2 that the USAF Security Police did not have credentials only a formally controlled item, a USAF Security Police Shield. The Plaintiff told Defendant #2 that a fire in the year 2000 had destroyed most of his military items and the only USAF Security Police Shields the Plaintiff has now were bought on Ebay.com as they are now antiques. At this time the Plaintiff and Defendant #2 entered upon the Plaintiffs property! This Plaintiff then ordered both Police Officers (Defendant #2 and #3) to remain off his property as they had no probable cause to be there. "No trespassing" signs are posted on the Plaintiffs property. Defendant #2 followed the Plaintiff to the very door of his home, but realized that the Defendant #3 had not followed him to the door; he did not attempt to enter the Plaintiff's home as the home security cameras appeared to make Defendant #2 very nervous. The Plaintiff upon entering his home shut and locked his door and looked up the Georgia laws for impersonation of a Peace Officer and determined that stating that he was a former USAF Security Policeman truly can not be a

crime in Georgia; at least that's what the law says.  There was no impersonation of a current GA law Enforcement or Public Official and being forced to say something can not be intent, or deception in this matter, but is Criminal Coercion (forced to commit the crime (or non-crime written under GA law) of saying the Plaintiff was a USAF Security Policemen.  Later the Plaintiff decided to **proudly** show Defendant #2 his USAF Flag (that was displayed on my wall for 10 years witnessed by 100s of people and every kid in this neighborhood) that has the patches of all commands and units that he had served in, included several USAF Security Police Shields. The Plaintiff also wanted to show his remaining Military Documents including discharge paperwork to Defendant #2.  (Defendant #2 stated earlier the military documents mean nothing!) But the Plaintiff could not find Defendant #2 so he placed the USAF Flag on the deck near his front door and entered his home.  A few minutes later the Plaintiff saw Defendant #2 trespassing again from the home security monitors standing at the front door.  The Plaintiff walked to his front door and was about to open the door to show his USAF Flag display to Defendant #2 that lying on the deck near the front door.  But Defendant #2 ran away with the flag (theft) in violation of the 4th Amendment taking the entire USAF Flag with all the attachments as false evidence of impersonating a Public Officer. (NORMALLY THE PLANTIFF WOULD MOTION FOR THE "EVIDENCE" NOT TO BE ADMISSIBLE UNDER 4A, BUT THE EVIDENCE IS NOT OF A CRIME, BUT A1 RIGHTS – SO HE CAN'T!)  The Plaintiff secured his front door and watched (from his security monitors) the two officers (Defendants #2 and #3) conducting searches of his property and a pick-up truck parked on the land of the Plaintiff.  It was when Defendant #2 who had been standing by the Plaintiffs pick-up truck for some time was trying to shove something into the closed passenger window (It appeared to be drugs on the security cameras) that the Plaintiff then left his home to talk with Defendant #2 with a cell phone

camera in hand to again exercise his 4th amendment rights. However, as the Plaintiff approached Defendant #2 he ran away yelling, "cameras,    cameras, cameras, everywhere!"

## 8.

## THE UNITED STATES AIR FORCE SECURITY POLICE SHIELD

## OPERATIONAL BETWEEN 1966 AND 1997

The Plaintiff graduated from the USAF Security Police Academy on 3 Aug, 1982, B Flight Class number 820803 at Lackland AFB, San Antonio, Texas and was awarded the AFSC of 81110 USAF Security Police – Security Specialist. The Plaintiff was authorized to wear and be in possession of the USAF Security Police Shield under: 8 U.S. Code § 701 - Official badges, identification cards, other insignia and multiple military regulations and laws.

## 9.

The United States Air Force Security Police Shield is now an antique and can now be legally sold and bought because it is not an official insignia anymore – see Appendix 3. The Plaintiff legally bought this extra USAF Security Police Shield on Ebay.com to be a part of an exhibit and memento of his honorable military service and The United States Airforce Security Police – the greatest police force in the history of all mankind!

## 10.

When the Plaintiff's USAF SP Shield was an official insignia (now an antique) it was regulated under 18 U.S. Code § 716 - Public employee insignia and uniform. The USAF Security Police Shield was a collection on display that hung on the Plaintiff's wall for 10 years as witnessed be 100's of people and every kid in the neighborhood. Under 18 U.S. Code § 716 (b) "It is a defense to a prosecution under this section that the insignia …is used or is intended to be used exclusively— (1) as a memento, or in a collection or exhibit; and (2) for decorative purposes;"

which is protected by the 1st Amendment - the Freedom of Speech.   There can be no argument now that the same USAF Security Police Shield (displayed on the USAF Flag and not an official insignia) is also protected by the 1st Amendment - the Freedom of Speech as well.

**11.**

Defendant #2 conducted an investigation of the antique USAF Security Police Shield that he had stolen as if it were an official insignia!  Defendant #2 analyzed the letter and numbers on the USAF Security Police Shield and determined that they did not match the Plaintiff's identity. Defendant #2 disguised physical evidence (the USAF Security Police Shield) as evidence of Impersonation of a Peace Officer.  Defendant #2 knew the USAF Police Shield was bought on Ebay.com and was not the Plaintiff's original USAF Security Police Shield and that the number would not match the Plaintiff's identity as it was originally made for someone else.   Plaintiff would normally motion to not admit the USAF SP Shield as evidence of a crime due to 4th amendment violations, however this shield is not evidence of any crime committed by the Plaintiff. It is not probable cause against the Plaintiff.   But the manner in which the shield is being used by the Defendants is a crime under O.C.G.A.16-10-20 - Concealment of facts, and fraudulent documents and O.C.G.A. 16-10-94 - Tampering with evidence (disguises physical evidence).  All is evidence of the Custom, Practice, and Policy of Defendant #1.

**12.**

The USAF Security Police Shield (displayed on the USAF Flag and not an official insignia) is 1st Amendment Right.

**13.**

**ABOUT PUBLIC OFFICER IMPERSONATION UNDER O.C.G.A. 16-10-23.**

Please Note – Impersonation is pretending to be someone that you are not. The Plaintiff can not Impersonate what he actually is or was – a former USAF Security Policeman. This is a fact in law! Georgia Code Title 45. Public Officers and Employees § 45-11-4 defines a Public Officer! (3) "Public officer" means a county officer, a municipal officer, and state officials. A USAF veteran saying he is a veteran is not a GA Public officer. Official Code of G.A. 35-8-2. Definitions (8) "Peace officer" means, for purposes of this chapter only: (A) An agent, operative, or officer of this state, a subdivision or municipality thereof,… The Plaintiff's arrest, imprisonment, and now malicious prosecution are legally invalid on its face and the Plaintiff can not be lawfully charged with impersonation.

**14.**

Here's another reason why the Plaintiff can not be <u>lawfully</u> persecuted or prosecuted under O.C.G.A. 16-10-23. Everyday 100,000s of American Veterans across our great nation say they are Veterans too! A right they have earned. Shall Defendant #4 (District Attorney) criminalize 100,000's of veteran's free speech violating 1A – God Forbid! Shall Defendant #2 arrest 100,000's of vets for simply saying they are vets violating 4A – God forbid! However, in Gwinnett County saying you are a Veteran is now a crime and they will arrest and throw you in jail and Indict you!

**<u>15.</u>**

**<u>DEFENDANT #1s CUSTOM, POLICY OR PRACTICE:</u>**

The acts of Defendants as listed in the above paragraphs in carrying out the Custom, Policy or Practice.

**16.**

All the Defendants know the USAF SP Shield displayed on a USAF Flag is an antique and not an official insignia, but a 1st Amendment Right. But are acting upon the display to never-the-less in carrying out the Custom, Policy or Practice.

**17.**

On 16 May 2017, Because the Plaintiff has nothing to hide he provided Defendant #2 and #3 with his name and social security number so they could conduct a background check on the Plaintiff. It is a standard practice to conduct such background checks. A Police background check would reveal the military service background of the Plaintiff. Therefore the Defendants knew the Plaintiff was a USAF veteran and Former USAF Security Police, but continued their actions never-the-less in carrying out the Custom, Policy or Practice.

**18.**

On 17 May 2017 the Plaintiff attempted to make a complaint with the Professional Standards Officers against Defendant #2. The Plaintiff after identifying himself as a former USAF Security Policeman, the Professional Standards rejected evidence (Military Documents) freely offered by the Plaintiff and was then threaten by the 3 unidentified Professional Standards personnel. They threaten to use a special computer program to make the Plaintiff appear to commit a crime in the recordings he wanted to provide as evidence. This Plaintiff did not provide any recordings. It does not appear the Plaintiff's complaint was received or acted upon as the Plaintiff has had no response from Professional Standards for almost a year. This event was recorded it. The professional standards officers were carrying out the Custom, Policy or Practice.

**19.**

On 18 May, 2017 Defendant #2 (with an army of officers and an armored personnel truck and SWAT team members) knowing arrested the disabled Plaintiff at his home for Police

Impersonation (for saying he was a USAF Security Policeman) under color of state law and did transport the Plaintiff to prison. The disabled Plaintiff's arrest cost the people thousands of dollars all an act of intimidation of the Plaintiff and was crafted to inflict of emotional distress in the Plaintiff and the Plaintiffs' son as they crafted the arrest so the son could witness the arrest – this was observed from the home security screens. The officers engaged in the actual arrest knew the Plaintiff was being arrested because he factually said he was former USAF Security Policeman. They all knew the results of the Plaintiffs background check and were whispering "we're taking down an SP (Security Police)!" Defendant #1 had to approve this ridiculous amount of resources thus municipal action was (i) taken with the requisite degree of culpability and (ii) causally linked to the deprivation of multiple federal rights under the color of state laws of false arrest and imprisonment of Plaintiff, a former USAF Security Policeman for being forced to say he was a former USAF Security Policeman were carrying out the Custom, Policy or Practice.

**20.**

Defendant #2 has not been arrested, charged or tried for the blatantly obvious crimes including felonies he has committed against the Plaintiff proving Defendant #1 supports Defendant #2 in carrying out their Custom, Policy or Practice.

**21.**

Additionally, several officers overheard the Plaintiff state he was a former USAF Security Policeman, knew he was a Security Policeman, but took no action in arresting Defendant #2 or preventing his crimes at all in carrying out the Custom, Policy or Practice.

**22.**

Defendant #3 was over watching Defendant # 2 ready to murder the Plaintiff during his first arrest is "any overt act to effect the object of the conspiracy". Defendant #3 was told earlier in front of multiple witnesses by the Plaintiff as being a former USAF Security Policeman. Defendant #3 overheard the Plaintiff execute the 5th and observed Defendant #2 forcing the Plaintiff under threat of death to state he was a former USAF Security Policeman.  Defendant #3 knew the acts of Defendant #2 were illegal and did nothing to prevent them and supported them by potentially shooting the Plaintiff. Defendant #3 committed criminal conspiracy in carrying out the Custom, Policy or Practice.

**23.**

 The Plaintiff is being persecuted and prosecuted for serving his country in the military and for daring to say he did serve.  Defendant #1 after receiving the State of Georgia Ante Litem Notice instructed the Defendant #4 to initiate criminal legal action against the Plaintiff and maintains such action even now when all Defendants know the Plaintiff was a USAF Security Policeman; All the Defendants know the United States Air Force Security Police Shield is the sole evidence in this case, is not probable cause, and is impossible to be evidence of any crime regarding the Plaintiff.  On May 18, 2018 Defendant #4 held an Indictment of the Plaintiff.  As a courtesy the Plaintiff provided the same Military Documents (Including discharge paperwork) (Appendix 2) that was rejected by the Police to Defendant #4 before the Indictment, therefore he knows the Plaintiff was a USAF Security Policeman. – See Appendix 4.  Defendant #4 knows the only evidence in this case of (so-called) probable cause is a part of a display protected under Federal law and the 1A of the U.S. Const.  Defendant #4 in bringing this action is seeking revenge and is retaliating against the Plaintiff for exercising his rights, and violated O.C.G.A 45-11-4(b)  A public officer may be charged under this Code section for: (1)  Malpractice, misfeasance, or

malfeasance in office; (2) Using oppression or tyrannical partiality in the administration or under the color of his or her office; Under paragraph (c) A conviction for violating subsection (b) of this Code section shall be punished as for a misdemeanor, and upon conviction in a court of competent jurisdiction, the accused shall be removed from office. Whose act was to intimidate the Plaintiff, violate his 1A rights, to inflict emotional distress upon, and to dishonor the Plaintiff a member of our Military held the Indictment anyhow. Defendant #4 is engaged in a civil and criminal conspiracy to violate the 1A and 4A rights of the Plaintiff in carrying out the Custom, Policy or Practice. Georgia Code § 51-1-1: A right of action (Claim) exists against Defendant #4 under OCGA § 51-7-20, Fraud, Intentional infliction of emotional distress, and Intentional Misconduct.

## 24.

## SUMMARY OF DEFENDANT #1s CUSTOM, POLICY OR PRACTICE:

It appears that Defendant #1 genuinely believes that a Military member saying he was a military member and what he did in the military is a crime. Defendant #1 is sending a message to all veterans that all veterans are criminals for simply saying they are veterans! This is the cause of the Custom, Policy or Practice of violating the free speech right, is a conspiracy, and proves Defendant #1 can not possibly claim *"Respondeat Superior".*

## 25.

## MALICIOUS ACTIONS

Willful and Malicious Violations of rights under the 1st, 4th, 5th, 9th, 13th, and 14th amendments of the United States Constitution; 18 U.S.C. § 249 Hate Crimes Against a Disabled Person (Felony); 18 U.S.C. § 1584 holds to involuntary servitude (Felony); Kidnapping (Felony) - O.C.G.A. 16-5-40; Malicious Arrest - O.C.G.A. 51-7-1; Criminal Coercion (Felony) - 25 CFR

11.406; Coercion, intimidation, threats, or interference - O.C.G.A. 8-3-222;  Theft By Taking-O.C.G.A.16-8-2; False statements and writings, concealment of facts, and fraudulent documents -O.C.G.A. 16-10-20 (Felony); Coercion - O.C.G.A. 16-3-26; Violation of his Official Oath (Felony) O.C.G.A. § 16-10-1;  False arrest – with and without a warrant - OCGA § 51-7-20 and OCGA § 51-7-1;  Concealment of facts, and fraudulent documents (Felony) - O.C.G.A.16-10-20; Tampering with evidence (disguises physical evidence) (Felony) -O.C.G.A. 16-10-94; Conspiracy to commit a crime - O.C.G.A. 16-4-8 (Felony); Right of action arising from breach of private duty - O.C.G.A. 51-1-8; Intentional Torts - Georgia Code § 51-1-1:  False Imprisonment (Felony) OCGA § 51-7-20, Assault, Fraud, Intentional infliction of emotional distress, and Intentional Misconduct; and O.C.G.A 45-11-4 (b)   Unprofessional conduct; misdemeanor; applicability; indictment.

**26.**

## PRAYER FOR RELIEF AND FEDERAL RULE OF CIVIL PROCEDURE 8(A)(3)

1. Assume jurisdiction over this action;

2. Determine by Order pursuant to Rule 23 of the Federal Rules of Civil Procedure that this action be maintained as a class action;

3. Order trial by jury on all claims so triable;

4. Defendant immediately return of the Plaintiffs USAF Flag with all the original attachments. Or Under O.C.G.A. 51-10-6 (2010)  Owner's right of action for damage to or theft involving personal property demands a payment of $5,000 for the theft of the USAF Flag falsely taken as evidence;

5. Enter judgment in favor of Plaintiff;

6. Award injunctive relief for the immediate return of the Plaintiff's USAF Flag Display with all items attached to the Plaintiff;

7. Award injunctive relief to allow the Plaintiff to travel to over-seas location in order to work as he is not a flight risk;

8. Award injunctive relief for the expunging of the Plaintiff's criminal record;

9. Award injunctive relief to prevent Defendant #4 from preventing the Plaintiff from participating in this action;

10. Award Plaintiffs the costs of this lawsuit  pursuant to 42 U.S.C. § 1988;

11. Award enhanced or punitive damages against Defendant #1 (Deep State person(s) in leadership) in their professional capacity as permitted by State law and in an amount of $250,000 for turning the Plaintiffs Military Career into a Crime to be proven at trial;

12. Award enhanced or punitive damages against Defendant #1 (Deep State person(s) in leadership) in their personal capacity as permitted by State law and in an amount of $250,000 for turning the Plaintiffs Military Career into a Crime to be proven at trial;

13.  Award enhanced or punitive damages against Defendant #2 in his professional capacity as permitted by state law and in an amount of $250, 000 for multiple felonies, crimes committed against the Plaintiff; and for planning the Plaintiff's failed murder attempt, and for turning the Plaintiff's Military Career into a Crime to be proven at trial;

14. Award enhanced or punitive damages against Defendant #2 in his personal capacity as permitted by State law and in an amount of $250, 000 for multiple felonies, crimes committed against the Plaintiff; and for planning the Plaintiff failed murder attempt, and for turning the Plaintiffs Military Career into a Crime to be proven at trial;

15. Award enhanced or punitive damages against Defendant #3 in his professional capacity as permitted by State law and in an amount of $250,000 for and for participating in the multiple conspiracies especially conspiracy attempted murder of the Plaintiff and for turning the Plaintiffs Military Career into a Crime to be proven at trial;

16. Award enhanced or punitive damages against Defendant #3 in his personal capacity as permitted by State law and in an amount of $250,000 for and for participating in the multiple conspiracies especially conspiracy attempted murder of the Plaintiff and for turning the Plaintiffs Military Career into a Crime to be proven at trial;

17. Award enhanced or punitive damages against Defendant # 4 in his professional capacity as permitted by State law and in an amount of $250,000 for turning the Plaintiffs Military Career into a Crime to be proven at trial;

18. Award enhanced or punitive damages against Defendant #4 in their personal capacity as permitted by State law and in an amount of $250,000 for turning the Plaintiffs Military Career into a Crime to be proven at trial;

19. Award Compensatory damages in an amount of $1,000,000 under Section 1983 for the deprivation of the Plaintiffs multiple constitutional rights against each and every Defendant in their individual capacities.

20. Award Punitive damages under Section 1983 by ratio of 1-9 as the jury determines against each against each and every Defendant for the plain reprehensibility and outrageousness of their actions attacking our military and criminalizing military service.

21. Award Nominal damages in an amount as the jury determines because the Defendants are continuing their misconduct;

22. Order such other and further relief as this Court may deem just and proper;

27.

## NOTICE REQUIREMENTS

The Georgia Supreme Court requires notice only in the event of "on account of injuries to person or property." Additionally, the court noted that the actual notice was required to have a description of "the negligence which caused the injury." This case does not involve negligence However, as a curtesy notice was provided under both Federal Municipal Liability claims and State of Georgia Ante Litem Notice covered by OCGA § 36-33-5 and OCGA § 36-33-5 (b), to the governing authorities of the County corporation by certified mail and verified email for adjustment, stating the time, place, and extent of the injury. -see Appendix 5.

*Nath D Crisp*

Sergeant Nathan D. Crisp, USAF Security Police Ret.

Pro se

Respectfully submitted this 29th day of ___May___, 2018.

APPENDIX 1

APPENDIX 1

**BILL OF INDICTMENT**

ASSIGNED TO JUDGE W. DAVIS    **18B  01208-10**

Grand Jury Witnesses:

S. W Schunk,
Gwinnett County Police Department

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA
2018 MAR 29  PM 1: 56
RICHARD ALEXANDER, CLERK

State of Georgia, Gwinnett  Superior Court
March Term, 2018 - Panel A

**State of Georgia**
*Versus*
**Nathan Dee Crisp**

Offenses:
**COUNT 1: IMPERSONATING AN OFFICER**
**(O.C.G.A. 16-10-23)**

True Bill, this 29th day of March , 20 18 .

Sondra Boone

Sondra Boone, Grand Jury Foreperson

Received in open court from the sworn Grand Jury bailiff
and filed in office.

This 29 day of March , 20 18 .

Deval Boyd

Deputy Clerk, Gwinnett Superior Court

Daniel J. Porter, District Attorney, Gwinnett Judicial
Circuit
Special Presentment
The defendant herein waives a copy of indictment, list of
witnesses, formal arraignment and pleads _____ guilty.

This _____ day of _____, 20____.

_____
Defendant

We the jury find the defendant

_____

_____

_____

Foreperson

This _____ day of _____, 20 _____.

_____
Attorney for the Defendant

_____
Assistant District Attorney

BILL OF INDICTMENT

STATE OF GEORGIA, COUNTY OF GWINNETT
IN THE SUPERIOR COURT OF SAID COUNTY

18B 01208-10

The GRAND JURORS selected, chosen and sworn for the County of Gwinnett to wit:

1.  Sondra Boone, Foreperson
2.  Tory Kleeb, Vice-Foreperson
3.  Kelly Jowers, Clerk
4.  April Bevilacqua, Deputy Clerk
5.  Vishrut Arya
6.  Albert Burt, III
7.  Ryan Callender
8.  Emily Draper
9.  Kenny Efford
10. Mikera Gordon
11. Brittani Hawk
12. Robert Kilby
13. David Kozlowski

14. Justin Kurtz
15. Kerri Lawton
16. Geraldine McFadden
17. Lawrence J. Moore
18. Nicole Pennisi
19. Shelly Plourde
20. La Ronda Razor
21. Karen A. Turner
22. Elizabeth Whitworth
23. Octave Williams
24. Erika M. Harding, Alternate
25. Alphonse Scott, Alternate
26. Hector Oswaldo Hernandez, Alternate

## COUNT 1

THE GRAND JURORS AFORESAID, IN THE NAME AND BEHALF OF THE CITIZENS OF GEORGIA, charge and accuse **NATHAN DEE CRISP** with the offense of **IMPERSONATING AN OFFICER (O.C.G.A. 16-10-23)**, for that the said accused, in the County and State aforesaid, on the 17th day of May, 2017, did falsely hold himself out as a public officer, to wit: a United States Air Force officer, by stating that he was an officer with the United States Air Force and presenting a badge that falsely identified him as a United States Air Force officer, with intent to mislead Officer S. Schunck with the Gwinnett County Police Department into believing that he was actually said officer, contrary to the laws of said State, the peace, good order and dignity thereof, contrary to the laws of said State, the good order, peace and dignity thereof.

Daniel J. Porter, District Attorney

(drafted: RoW proofed: ChH)

APPENDIX 2



# DEPARTMENT OF THE AIR FORCE
### HEADQUARTERS 1ST TACTICAL FIGHTER WING (TAC)
### LANGLEY AIR FORCE BASE VA 23665-

REPLY TO
ATTN OF:  SE (4-5356)

17 MAR 1989

SUBJECT:  Letter of Appreciation

TO:  SEG
SSgt Nathan D. Crisp
IN TURN

It's always a pleasure to receive letters about something you already know – that the people you work with care about their community and are willing to give that extra little bit of effort to make this a better place to live.  I know that it's easy to get caught up in a daily routine consisting of work, home, sleep, etc; however, when someone like Nate takes his free time and invests it in the young men who will be tomorrow's leaders, we all benefit. As such, I would like to be the first to offer my gratitude.

A. M. DAVENPORT, JR., Maj, USAF
Acting Chief of Safety

1 Atch
Letter of Appreciation

*Readiness is our Profession*



# DEPARTMENT OF THE AIR FORCE
### 1ST SUPPLY SQUADRON (TAC)
#### LANGLEY AIR FORCE BASE VA 23665-5000

2 9 DEC 1988

REPLY TO ATTN OF: CCQ (Capt Stannard, 4-5176)

SUBJECT: Letter of Appreciation

TO: 1TFW/SE

1. On behalf of all the personnel from the 1st Supply Squadron, please extend our appreciation to Staff Sergeant Crisp. His appearance and safety briefing as "Larry-the crash test dummy" at our commander's calls on 12 December 1988 was well received.

2. Stressing seat belt usage before the holiday season was another way to keep our people safe. Please thank Staff Sergeant Crisp for a job well done!

RICHARD A. LOMBARDI, Colonel, USAF
Commander

NATE —

Keep up the good work!

*Readiness is our Profession*



Vince and Larry, famous TV crash dummies, say, "Buckle that belt!"

Vince and Larry the crash test dummies will be at Langley from 5 Dec – 21 Dec 88. They will be presenting safety briefings around the base for:

COMMANDER'S CALL
OFFICE SAFETY BRIEFINGS
SHOP SAFETY BRIEFINGS

If you would like them to give a briefing at your shop or office give Wing Safety a call at 5057.

Sgt CRISP



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 501ST SECURITY POLICE GROUP
APO NEW YORK 07150

REPLY TO
ATTN OF:   CC/CEM                                          5 December 1985

SUBJECT:   Year End Report

TO:   All Personnel

1.   The 501st Security Police Group has had another outstanding
year.  As the year draws to a close we find ourselves reviewing
and preparing documents that recount the many accomplishments of
the unit.  It could not have happened without your support and
dedication

- You were selected Best SP Group in 3AF, USAFE and USAF for
1984.

- You are a member of the largest GLCM SP Group with the largest
SP vehicle fleet in USAFE.  The group has the only GAMA in the
world and the largest nonnuclear munitions storage area in the UK.

- You are the most mixed force in USAFE with:  law enforcement,
security, MOD police, RAF Regiment, RAF Police, administrative and
OJT specialists, Combat Arms Training & Maintenance, First Ser-
geants and one civilian.

- Security responded to 211 Avoid Ambers and law enforcement
prepared 1270 traffic citations and incident/complaint reports.
Seven Serious Incident Reports, 26 Special Security Files, 49 OSI
cases were initiated/processed.  Pass and ID issued 7500 passes
and 1000 local agency checks were completed.  One hundred resource
protection surveys were conducted and info security serviced 30
accounts.  Seven hundred QCE's were administered with a 90% plus
average.  We've had crime prevention displays for National Police
Week and Crime Prevention Month.  Four hundred arrests of peace-
women were made and CATM qualified 2000 shooters.

- You passed seven major higher headquarters inspections and re-
ceived nine VIP visits including SACEUR, CINCUSAFE, Secretary of
the Air Force and the Air Force Chief of Security Police (twice).

- The Greenham bylaws went into effect, the superfence was con-
structed and we hit one peacewoman with a vehicle.

- We had four wing quarterly award winners, four finalists for
yearly honors.  An officer was selected best in 3AF and a senior
NCO and information security specialist were tops in 3AF and USAFE.

One NCO was promoted to MSgt under STEP and 42 received NCO status. Six graduated from PME with honors, three officers received regular commissions, one MSgt was selected for the Air Force Association GLCM team.  Eighty Air Force Achievement Medals were approved and 15 Air Force Commendation and 20 Meritorious Service Medals were submitted.  We also graduated one Ranger.

- In your spare time you were base champions in bowling, basket-ball and softball, runner up in football, best peacekeeper challenge team and SP softball champs for 3AF.  Three individuals won USAFE honors for bowling, softball and track.  You hosted an Anglo-American police picnic for 500, brought the sixth MSS flight on-line and established an elite gate guard section.  And last but not least, 47 vacationed at Bentwaters for Brave Defender.

2.  It's been a busy year.  It's been a productive year.  You should be proud of your accomplishments.  Let's make 1986 an even better one than 1985.  As we enter the holiday season we and our wives wish you a very Merry Christmas and a prosperous New Year.

DAVID P. MILLS, Lt Col, USAF
Commander

WAYNE H. COX, CMSgt, USAF
Chief Enlisted Manager

**I. RATEE IDENTIFICATION DATA** *(Read AFR 39-62 carefully before completing any item)*

| 1. NAME *(Last, First, Middle Initial)* | 2. SSAN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| CRISP, NATHAN D. | ~~[redacted]~~ | SSGT | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 1ST TACTICAL FIGHTER WING, TACTICAL AIR COMMAND, LANGLEY AFB VIRGINIA | LEOTFC37 |

| 7. PERIOD OF REPORT | | 8. NO. OF DAYS OF SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|---|
| FROM: 28 FEB 87 | THRU: 27 FEB 88 | 365 | ANNUAL |

**II. JOB DESCRIPTION** 1. DUTY TITLE: GROUND SAFETY SPECIALIST

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Assists the Ground Safety Division in performing inspections of areas and operations to identify accident potentials. Assists in performing accident investigations. Conducts safety education. Assists in the preparation and distribution of education articles, charts, graphs, and other informative materials. Assists in providing safety staff consultation. Additional Duties: Junior FOD Committee, Office Computer System Security Officer, Alternate OPSEC Monitor.

**III. EVALUATION OF PERFORMANCE**

| | | N/O | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | ? | | | | | | | | | ☒ |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 3. TRAINING: Consider how well responsibilities are discharged as an OJT supervisor or trainer and in other efforts to improve technical knowledge and educational level. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 4. SUPERVISION: Consider how well ratee supervises, leads, uses available resources, communicates (oral and written), and maintains good order and discipline. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 5. ACCEPTANCE OF NCO RESPONSIBILITY: Consider ratee's acceptance of responsibility for personal actions and those of subordinates. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |

| | | BR / BH | N/O | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force noncommissioned officers. | RATER | BR / BH | | | | | | | | | | | ☒☒ |
| | 1ST INDORSER | BR / BH | | | | | | | | | | | ☒☒ |

**IV. OVERALL EVALUATION**

| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating. | RATER | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | ☒ |
| UNIT COMMANDER REVIEW *(Initials)* | 2D INDORSER | | | | | | | | | | ☒ |
| | 3D INDORSER | | | | | | | | | | |

AF FORM 910 JUN 84    PREVIOUS EDITION WILL BE USED

**TSGT, SSGT, SGT PERFORMANCE REPORT**

**V. RATER'S COMMENTS** FACTS AND SPECIFIC ACHIEVEMENTS: Staff Sergeant Nathan D. Crisp has proven himself to be one of the outstanding NCOs of the Air Force. He is completely reliable in all of his assigned duties and continually seeks out all opportunities which will help broaden his field of knowledge. SSgt Crisp's contributions to the Wing Safety Education Program has been invaluable. He conducted safety training classes for 2,516 base personnel, and established a safety booth for child restraint devices during the base Health Fair. SSgt Crisp provided several briefings on seat belts and bicycle safety to youth center members. SSgt Crisp received a written commendation from the 1st Tactical Fighter Wing Commander for distinguished achievement in support of the Combined Federal Campaign. STRENGTHS: SSgt Crisp is extremely conscientious and efficient. He need only be assigned to any project and he can be counted upon to expend whatever effort is required for outstanding accomplishment. EDUCATIONAL AND TRAINING ACCOMPLISHMENTS: During this reporting period, SSgt Crisp obtained his five skill level, scoring a 94 on his end-of-course test. He completed NCO Leadership School, earning the Drill Master Award and being named a distinguished graduate. SSgt Crisp also completed ECI Course 8800 "The UCMJ" and the AAA Driver Improvement Program Instructor's Course. SSgt Crisp is actively pursuing his associates degree in Safety. OTHER COMMENTS: Recommend SSgt Crisp continue in the Safety Career Field with assignment at the wing/base level. Recommend promotion to Technical Sergeant.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| GILBERT P. TRUJILLO, MSgt, USAF | NCOIC, Ground Safety | | 29 Feb 88 |
| 1st Tactical Fighter Wing (TAC) | SSAN | SIGNATURE | |
| Langley AFB, Virginia | | | |

**VI. 1ST INDORSER'S COMMENTS** ☒ CONCUR ☐ NONCONCUR

Ability to get the job done marks SSgt Crisp as a prime mover in the safety office and a vital asset in the wing's mission. He possesses all the qualities so vital to a competent Air Force noncommissioned officer. I concur in the recommendation of his immediate promotion.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD S. MONTEIRO, GS-11, DAFC | Chief of Ground Safety | | 29 Feb 88 |
| 1st Tactical Fighter Wing (TAC) | SSAN | SIGNATURE | |
| Langley AFB, Virginia | | | |

**VII. 2D INDORSER'S COMMENTS** ☒ CONCUR ☐ NONCONCUR

SSgt Crisp has the initiative, drive, and outstanding personal dedication that distinguishes him as a truly topnotch NCO. Continue to challenge and promote.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD C. LAND II, Lt Col, USAF | Chief of Safety | | 29 Feb 88 |
| 1st Tactical Fighter Wing (TAC) | SSAN | SIGNATURE | |
| Langley AFB, Virginia | | | |

**VIII. 3D INDORSER'S COMMENTS** ☐ CONCUR ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE | |

AF FORM 910, JUN 84 (REVERSE)    GPO : 1986 O - 158-721    **TSGT, SSGT, SGT PERFORMANCE REPORT**

## I. RATEE IDENTIFICATION DATA (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) | 2. SSN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| CRISP, NATHAN D. | | SSgt | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 86th Fighter Wing (USAFE), Ramstein Air Base, Germany | RFODFB1T-ODC73 |

| 7. PERIOD OF REPORT | 8. NO. DAYS SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|
| From: 07 MAR 91   Thru: 06 MAR 92 | 311 | ANNUAL |

## II. JOB DESCRIPTION

1. DUTY TITLE: Safety Technician

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Manages the ground safety programs for 10 Kaiserslautern Military Community (KMC) organizations. Conducts inspections and ensures unit commanders take conclusive corrective actions. Determines mishap reportability, investigates mishaps, and accomplishes formal reports for higher headquarters. Controls all community safety training by compiling requests, scheduling dates, and conducting training. Collects, analyzes, and interprets mishap data for submission of AF Form 740 reports to higher headquarters. Additional duties include Disaster Preparedness Representative, Small Computer Manager, Drug and Alcohol Abuse Representative, Base Advisory Council, Computer System Security Officer.

## III. EVALUATION OF PERFORMANCE

1. HOW WELL DOES RATEE PERFORM ASSIGNED DUTIES? (Consider quality, quantity, and timeliness of duties performed)

| ☐ Inefficient. An unprofessional performer. | ☐ Good performer. Performs routine duties satisfactorily. | ☒ Excellent performer. Consistently produces high quality work. | ☐ The exception. Absolutely superior in all areas. |
|---|---|---|---|

2. HOW MUCH DOES RATEE KNOW ABOUT PRIMARY DUTIES? (Consider whether ratee has technical expertise and is able to apply the knowledge)

| ☐ Does not have the basic knowledge necessary to perform duties. | ☐ Has adequate technical knowledge to satisfactorily perform duties. | ☐ Extensive knowledge of all primary duties and related positions. | ☒ Excels in knowledge of all related positions. Mastered all duties. |
|---|---|---|---|

3. HOW WELL DOES RATEE COMPLY WITH STANDARDS? (Consider dress and appearance, weight and fitness, customs, and courtesies)

| ☐ Fails to meet minimum standards. | ☐ Meets Air Force standards. | ☐ Sets the example for others to follow. | ☒ Exemplifies top military standards. |
|---|---|---|---|

4. HOW IS RATEE'S CONDUCT ON/OFF DUTY? (Consider financial responsibility, respect for authority, support for organizational activities, and maintenance of government facilities)

| ☐ Unacceptable. | ☐ Acceptable, but needs some improvement. | ☒ Sets the example for others. | ☐ Exemplifies the standard of conduct. |
|---|---|---|---|

5. HOW WELL DOES RATEE SUPERVISE/LEAD? (Consider how well member sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)

| ☐ Ineffective. | ☐ Effective. Obtains satisfactory results. | ☐ Highly effective. | ☒ Exceptionally effective leader. |
|---|---|---|---|

6. HOW WELL DOES RATEE COMPLY WITH INDIVIDUAL TRAINING REQUIREMENTS? (Consider upgrade training, professional military education, proficiency/qualification, and contingency)

| ☐ Does not comply with minimum training requirements. | ☐ Complies with most training requirements. | ☒ Complies with all training requirements. | ☐ Consistently exceeds all training requirements. |
|---|---|---|---|

7. HOW WELL DOES RATEE COMMUNICATE WITH OTHERS? (Consider ratee's verbal and written skills)

| ☐ Unable to express thoughts clearly. Lacks organization. | ☐ Organizes and expresses thoughts satisfactorily. | ☐ Consistently able to organize and express ideas clearly and concisely. | ☒ Highly skilled writer and communicator. |
|---|---|---|---|

AF Form 910, JAN 89   PREVIOUS EDITIONS OF AF FORMS 909 AND 910 ARE OBSOLETE

ENLISTED PERFORMANCE REPORT
(AB thru TSGT)

## IV. PROMOTION RECOMMENDATION (Compare this ratee with others of the same grade and AFS)

| Unsatisfactory performer. NOT RECOMMENDED FOR PROMOTION. | Marginal performer - should be monitored closely for increased responsibility. NOT RECOMMENDED FOR PROMOTION AT THIS TIME. | Satisfactory performer. CONSIDER FOR PROMOTION. | Excellent performer. READY FOR PROMOTION. | Exceptional performer. READY FOR IMMEDIATE PROMOTION. |
|---|---|---|---|---|
| **RATER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | 4 | ☒ |
| **INDORSER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | 4 | ☒ |

## V. RATER'S COMMENTS

- Developed a safety and training outline for the 86th Communications Group
- Prepares monthly safety posters and distributes them throughout the KMC
- Writes computer software Operating Instructions and trains all safety staff personnel
- Awarded a "Certificate of Excellence" for the 1991 Air Force Assistance Fund Campaign
- While assigned to "Provide Comfort" his daily inspections on the flightline consisted of F-16, A-10, F-111, C-5, C-141, C-130, UH helicopters, British Jaguar, and French Mirage aircraft, to include maintenance, LOX servicing, towing, and refueling/defueling
  -- No reportable aircraft/ground mishaps have occurred
- Identified several serious hazards with Incirlik's liquid oxygen storage area
  -- Problems resulted in moving the storage location

Performance feedback was accomplished consistent with the direction in AFR 39-62 (if not accomplished, state the reason).

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| CURTIS L. MADISON, MSgt, USAF 86th Fighter Wing (USAFE) Ramstein Air Base, Germany | Ground Safety Superintendent | | 7 Mar 92 |
| | SSN ▬▬▬ | SIGNATURE *Curtis L. Madison* | |

## VI. INDORSER'S COMMENTS    ☒ CONCUR  ☐ NONCONCUR

- Awarded a letter of appreciation for in-depth inspections of Child Care Centers
- Found a slipping hazard caused by oil lubrication of hangar tracks and wheels
  -- Alleviated the slipping hazard by using corrosion-preventive paint
  -- Identified the need for a new regulation directing this action

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| WALLACE KING, CMSgt, USAF 86th Fighter Wing (USAFE) Ramstein Air Base, Germany | Wing Safety Manager | | 7 Mar 92 |
| | SSN ▬▬▬ | SIGNATURE | |

## VII. COMMANDER'S REVIEW

☒ CONCUR  ☐ NONCONCUR   (Attach AF Form 77)   SIGNATURE

## INSTRUCTIONS

Reports written (rater) by a senior rater will not be indorsed. Also, reports written by the Chief Master Sergeant of the Air Force (CMSAF) will not be indorsed.

Reports written (rater) by colonels or civilians (GM-15 or higher) do not require an indorser; however, indorsement is permitted unless prohibited by the instruction above.

When the rater's rater is not at least a MSgt or civilian (GS-07 or higher), the indorser is the next official in the rating chain serving in the grade of MSgt or higher, or a civilian in the grade of GS-07 or higher.

When the final evaluator (rater or indorser) is not an Air Force officer or a DAF civilian, an Air Force advisor review is required.

No comment is needed in the first item under Section V if the performance feedback was provided to the ratee; otherwise, comments must be made to state why feedback was not provided.

AF Form 910, JAN 89 (REVERSE)    ☆U.S. GPO: 1990-260-987/86076

## I. RATEE IDENTIFICATION DATA (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) CRISP, NATHAN D. | 2. SSN ▓▓▓▓▓ | 3. GRADE SSGT | 4. DAFSC 24150 |
|---|---|---|---|

| 5. ORGANIZATION, COMMAND, AND LOCATION 1964th Communications Group (USAFE), Ramstein Air Base, Germany | 6. PAS CODE RFODFFRB-ODC73 |
|---|---|

| 7. PERIOD OF REPORT From: 10 Aug 90  Thru: 6 Mar 91 | 8. NO. DAYS SUPERVISION 184 | 9. REASON FOR REPORT CRO |
|---|---|---|

## II. JOB DESCRIPTION    1. DUTY TITLE: CHIEF OF SAFETY

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Manages the unit safety program for the largest and busiest communications unit in Europe. Provides guidance and assistance to division and work center safety NCOs in conducting effective safety programs. Provides periodic inspections and evaluations of work areas. Provides safety training to work center supervisors. Keeps the commander informed of significant safety-related issues and the condition of the unit safety program. Provides and conducts safety publicity activities. Additional Duties: Disaster preparedness representative, selective arming instructor, exercise evaluation team member.

## III. EVALUATION OF PERFORMANCE

1. HOW WELL DOES RATEE PERFORM ASSIGNED DUTIES? (Consider quality, quantity, and timeliness of duties performed)

| | | |
|---|---|---|
| ☐ Inefficient. An unprofessional performer. | ☐ Good performer. Performs routine duties satisfactorily. | ☐ Excellent performer. Consistently produces high quality work. | ☒ The exception. Absolutely superior in all areas. |

2. HOW MUCH DOES RATEE KNOW ABOUT PRIMARY DUTIES? (Consider whether ratee has technical expertise and is able to apply the knowledge)

| ☐ Does not have the basic knowledge necessary to perform duties. | ☐ Has adequate technical knowledge to satisfactorily perform duties. | ☐ Extensive knowledge of all primary duties and related positions. | ☒ Excels in knowledge of all related positions. Mastered all duties. |
|---|---|---|---|

3. HOW WELL DOES RATEE COMPLY WITH STANDARDS? (Consider dress and appearance, weight and fitness, customs, and courtesies)

| ☐ Fails to meet minimum standards. | ☐ Meets Air Force standards. | ☐ Sets the example for others to follow. | ☒ Exemplifies top military standards. |
|---|---|---|---|

4. HOW IS RATEE'S CONDUCT ON/OFF DUTY? (Consider financial responsibility, respect for authority, support for organizational activities, and maintenance of government facilities)

| ☐ Unacceptable. | ☐ Acceptable, but needs some improvement. | ☒ Sets the example for others. | ☐ Exemplifies the standard of conduct. |
|---|---|---|---|

5. HOW WELL DOES RATEE SUPERVISE/LEAD? (Consider how well member sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)

| ☐ Ineffective. | ☒ Effective. Obtains satisfactory results. | ☐ Highly effective. | ☐ Exceptionally effective leader. |
|---|---|---|---|

6. HOW WELL DOES RATEE COMPLY WITH INDIVIDUAL TRAINING REQUIREMENTS? (Consider upgrade training, professional military education, proficiency/qualification, and contingency)

| ☐ Does not comply with minimum training requirements. | ☐ Complies with most training requirements. | ☐ Complies with all training requirements. | ☒ Consistently exceeds all training requirements. |
|---|---|---|---|

7. HOW WELL DOES RATEE COMMUNICATE WITH OTHERS? (Consider ratee's verbal and written skills)

| ☐ Unable to express thoughts clearly. Lacks organization. | ☐ Organizes and expresses thoughts satisfactorily. | ☐ Consistently able to organize and express ideas clearly and concisely. | ☒ Highly skilled writer and communicator. |
|---|---|---|---|

AF Form 910, JAN 89    PREVIOUS EDITIONS OF AF FORMS 909 AND 910 ARE OBSOLETE    ENLISTED PERFORMANCE REPORT (AB thru TSGT)

## IV. PROMOTION RECOMMENDATION (Compare this ratee with others of the same grade and AFS)

| Unsatisfactory performer. NOT RECOMMENDED FOR PROMOTION. | Marginal performer - should be monitored closely for increased responsibility. NOT RECOMMENDED FOR PROMOTION AT THIS TIME. | Satisfactory performer. CONSIDER FOR PROMOTION. | Excellent performer. READY FOR PROMOTION. | Exceptional performer. READY FOR IMMEDIATE PROMOTION. |
|---|---|---|---|---|
| **RATER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | ☒ 4 | 5 |
| **INDORSER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | ☒ 4 | 5 |

## V. RATER'S COMMENTS

SSgt Crisp developed, manages and continues to improve an excellent unit safety program. Intimately familiar with safety standards, his scheduled and no-notice inspections have gotten results. For example, guard rails were installed in an overhead storage area; hand rails were installed on an unsafe set of steps; and one of his inspections led to an approved $50,000 floor repair project. New procedures for handling hazardous materials were implemented and we have had a 47 percent reduction in reportable accidents. As our disaster preparedness representative he developed checklists to implement terrorist threat conditions and did a complete inventory of group chemical gear during Operation Desert Shield. Involved in group activities, he is an exercise evaluation team member, EEO counselor and our group photographer. Certainly ready for technical sergeant.

Performance feedback was accomplished consistent with the direction in AFR 39-62 (if not accomplished, state the reason).

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| ROBERT D. CABE, Lt Col, USAF 1964th Communications Group (USAFE) Ramstein Air Base, Germany | Deputy Commander | | 7 Mar 91 |
| | SSN | SIGNATURE | |

## VI. INDORSER'S COMMENTS     ☒ CONCUR   ☐ NONCONCUR

SSgt Crisp is pro-active in all aspects of the unit's safety program. He writes holiday safety letters for the commander; he organized a very successful "Pumpkin Patrol" to assist the security police on Halloween; and with his help, one of our division representatives was selected as a 316 AD Safety Individual of the Quarter. Our strong safety program is a direct result of SSgt Crisp's initiative. Ready for E-6 and NCO academy.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| JACK E. STRATFORD, Colonel, USAF 1964th Communications Group (USAFE) Ramstein Air Base, Germany | Commander | | 7 Mar 91 |
| | SSN | SIGNATURE | |

## VII. COMMANDER'S REVIEW     ☒ CONCUR   ☐ NONCONCUR   (Attach AF Form 77)

SIGNATURE

## INSTRUCTIONS

Reports written (rater) by a senior rater will not be indorsed. Also, reports written by the Chief Master Sergeant of the Air Force (CMSAF) will not be indorsed.

Reports written (rater) by colonels or civilians (GM-15 or higher) do not require an indorser; however, indorsement is permitted unless prohibited by the instruction above.

When the rater's rater is not at least a MSgt or civilian (GS-07 or higher), the indorser is the next official in the rating chain serving in the grade of MSgt or higher, or a civilian in the grade of GS-07 or higher.

When the final evaluator (rater or indorser) is not an Air Force officer or a DAF civilian, an Air Force advisor review is required.

No comment is needed in the first item under Section V if the performance feedback was provided to the ratee; otherwise, comments must be made to state why feedback was not provided.

AF Form 910, JAN 89 (REVERSE)

## I. RATEE IDENTIFICATION DATA (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| CRISP, NATHAN D. | ▉▉▉▉▉ | SSG | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 1st Tactical Fighter Wing (TAC), Langley AFB, Virginia | LEOTFC37 |

| 7. PERIOD OF REPORT | | 8. NO. OF DAYS OF SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|---|
| FROM: 4 SEP 85 | THRU: 27 Feb 87 | 120 | Annual |

## II. JOB DESCRIPTION

1. DUTY TITLE: GROUND SAFETY SPECIALIST

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Assists the Ground Safety Office in performing inspections of areas and operations to identify accident potentials. Assists in performing accident investigations. Conducts safety education. Assists in the preparation and distribution of education articles, charts, graphs, and other informative materials. Assists in providing safety staff consultation.

## III. EVALUATION OF PERFORMANCE

| | | N/O | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 3. TRAINING: Consider how well responsibilities are discharged as an OJT supervisor or trainer and in other efforts to improve technical knowledge and educational level. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 4. SUPERVISION: Consider how well ratee supervises, leads, uses available resources, communicates (oral and written), and maintains good order and discipline. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 5. ACCEPTANCE OF NCO RESPONSIBILITY: Consider ratee's acceptance of responsibility for personal actions and those of subordinates. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force noncommissioned officers. | RATER (BR/BH/N/O) | | | | | | | | | | | ☒ |
| | 1ST INDORSER (BR/BH) | | | | | | | | | | | ☒ |

## IV. OVERALL EVALUATION

| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating. | RATER | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | ☒ |
| UNIT COMMANDER REVIEW (Initials) | 2D INDORSER | | | | | | | | | | |
| | 3D INDORSER | | | | | | | | | | |

AF FORM 910 JUN 84 PREVIOUS EDITION WILL BE USED

TSGT, SSGT, SGT PERFORMANCE REPORT

**V. RATER'S COMMENTS** FACTS AND SPECIFIC ACHIEVEMENTS: SSgt Crisp cross trained into the 241X0 AFSC during this reporting period and has performed in an outstanding manner. Even though he was newly assigned, he did such an outstanding job at updating the Safety Office's "Driving Under the Influence" educational briefing that he was invited to brief at several base unit Commander's calls. He received only positive feedback from unit commanders and supervisors for these briefings. Any task he is given he gives it his greatest attention and accomplishes the required work in a very professional manner. He needed very little time to start teaching local orientation and to run the base seat belt program. STRENGTHS: SSgt Crisp has a can do attitude and requires minimal supervision. A fast learner and a good communicator. Loyal, conscientious, dependable. Looks for ways to improve the job. EDUCATIONAL AND TRAINING ACCOMPLISHMENTS: SSgt Crisp completed Ground Safety three level Technical School with a 96% average. He is on OJT for his five level and has completed two volumes well below the required allocated time. During his off duty time SSgt Crisp is involved with furthering his education by taking courses with St. Leo's College. SUGGESTED ASSIGNMENTS: SSgt Crisp be assigned to a one deep safety slot after obtaining his five level. OTHER COMMENTS: SSgt Crisp is a volunteer with the Peninsula Literacy Council helping to teach people who can't read to read.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| GILBERT P. TRUJILLO, MSGT, USAF<br>1st Tactical Fighter Wing (TAC)<br>Langley AFB, VA | Chief of Ground Safety | | 28 Feb 87 |
| | SSAN ▬▬▬ | SIGNATURE | |

**VI. 1ST INDORSER'S COMMENTS**   ☒ CONCUR      ☐ NONCONCUR

SSgt Crisp's can do attitude has made him a valuable asset to my Ground Safety staff. I am familiar with his work and agree that it is accomplished in a very professional manner. I have received only positive feedback from all the Safety educational courses he has taught. Promote.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| MICHAEL B. TOBIN, LTC, USAF<br>1st Tactical Fighter Wing (TAC)<br>Langley AFB, VA | Chief of Safety | | 23 Feb 87 |
| | SSAN ▬▬▬ | SIGNATURE | |

**VII. 2D INDORSER'S COMMENTS**   ☐ CONCUR      ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE | |

**VIII. 3D INDORSER'S COMMENTS**   ☐ CONCUR      ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE | |

AF FORM 910, JUN 84 (REVERSE)    • U S GOVERNMENT PRINTING OFFICE 1985-440-983/34882    TSGT, SSGT, SGT PERFORMANCE REPORT

8 FEB REC'D

## I. RATEE IDENTIFICATION DATA  *(Read AFR 39-62 carefully before completing any item)*

| 1. NAME (Last, First, Middle Initial) | | 2. SSN | 3. GRADE | 4. DAFSC |
|---|---|---|---|---|
| CRISP, NATHAN D. | | | SSGT | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 1964th Communications Group (AFCC), Ramstein Air Base, Germany | RFOYFFRB |

| 7. PERIOD OF REPORT | 8. NO. DAYS SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|
| From: 22 Sep 89  Thru: 9 Aug 90 | 322 | CRO |

## II. JOB DESCRIPTION    1. DUTY TITLE:    CHIEF OF SAFETY

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES:    Manages the unit safety program for the largest and busiest communications unit in Europe. Provides guidance and assistance to division and work center safety NCOs in conducting effective safety programs. Provides periodic inspections and evaluations of work areas. Provides safety training to work center supervisors. Keeps the commander informed of significant safety-related issues and the condition of the unit safety program. Provides and conducts safety publicity activities. Additional Duties: Disaster preparedness representative, selective arming instructor, exercise evaluation team member.

## III. EVALUATION OF PERFORMANCE

**1. HOW WELL DOES RATEE PERFORM ASSIGNED DUTIES?** *(Consider quality, quantity, and timeliness of duties performed)*

| Inefficient. An unprofessional performer. | Good performer. Performs routine duties satisfactorily. | Excellent performer. Consistently produces high quality work. | ☒ The exception. Absolutely superior in all areas. |
|---|---|---|---|

**2. HOW MUCH DOES RATEE KNOW ABOUT PRIMARY DUTIES?** *(Consider whether ratee has technical expertise and is able to apply the knowledge)*

| Does not have the basic knowledge necessary to perform duties. | Has adequate technical knowledge to satisfactorily perform duties. | Extensive knowledge of all primary duties and related positions. | ☒ Excels in knowledge of all related positions. Mastered all duties. |
|---|---|---|---|

**3. HOW WELL DOES RATEE COMPLY WITH STANDARDS?** *(Consider dress and appearance, weight and fitness, customs, and courtesies)*

| Fails to meet minimum standards. | Meets Air Force standards. | Sets the example for others to follow. | ☒ Exemplifies top military standards. |
|---|---|---|---|

**4. HOW IS RATEE'S CONDUCT ON/OFF DUTY?** *(Consider financial responsibility, respect for authority, support for organizational activities, and maintenance of government facilities)*

| Unacceptable. | Acceptable, but needs some improvement. | Sets the example for others. | ☒ Exemplifies the standard of conduct. |
|---|---|---|---|

**5. HOW WELL DOES RATEE SUPERVISE/LEAD?** *(Consider how well member sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)*

| Ineffective. | Effective. Obtains satisfactory results. | Highly effective. | ☒ Exceptionally effective leader. |
|---|---|---|---|

**6. HOW WELL DOES RATEE COMPLY WITH INDIVIDUAL TRAINING REQUIREMENTS?** *(Consider upgrade training, professional military education, proficiency/qualification, and contingency)*

| Does not comply with minimum training requirements. | Complies with most training requirements. | Complies with all training requirements. | ☒ Consistently exceeds all training requirements. |
|---|---|---|---|

**7. HOW WELL DOES RATEE COMMUNICATE WITH OTHERS?** *(Consider ratee's verbal and written skills)*

| Unable to express thoughts clearly. Lacks organization. | Organizes and expresses thoughts satisfactorily. | Consistently able to organize and express ideas clearly and concisely. | ☒ Highly skilled writer and communicator. |
|---|---|---|---|

AF Form 910, JAN 89    PREVIOUS EDITIONS OF AF FORMS 909 AND 910 ARE OBSOLETE    **ENLISTED PERFORMANCE REPORT**

## IV. PROMOTION RECOMMENDATION (Compare this ratee with others of the same grade and AFS)

| Unsatisfactory performer.<br><br>NOT RECOMMENDED FOR PROMOTION. | Marginal performer - should be monitored closely for increased responsibility.<br><br>NOT RECOMMENDED FOR PROMOTION AT THIS TIME. | Satisfactory performer.<br><br>CONSIDER FOR PROMOTION. | Excellent performer.<br><br>READY FOR PROMOTION. | Exceptional performer.<br><br>READY FOR IMMEDIATE PROMOTION. |
|---|---|---|---|---|
| **RATER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | 4 | ☒ |
| **INDORSER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | 4 | 5 |

## V. RATER'S COMMENTS

SSgt Crisp has demonstrated outstanding initiative in transforming a grossly deficient unit safety program to one of the strongest on Ramstein. Moving quickly to reestablish a strong program, he immediately began no-notice inspections of the maintenance work centers. He revived a project to fix a computer room floor which had languished in the planning process, but is now back on track. SSgt Crisp also made sure that three condemned wooden poles previously used for antennae were removed. He kept the base safety office focused on the hazard these poles presented, and expedited the planning and coordination for their removal. Established effective working relationships with work center safety persons. As a member of the group EET, SSgt Crisp incorporated a new safety perspective into the EET assessments, improving scenario planning and evaluation and resulting in a safe and successful NATO Tac Eval.

Performance feedback was accomplished consistent with the direction in AFR 39-62 (if not accomplished, state the reason).

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION<br>JOE B. WARREN, JR., Col, USAF<br>1964th Communications Group (AFCC)<br>Ramstein Air Base, Germany | DUTY TITLE<br>Commander | | DATE<br>10 Aug 90 |
|---|---|---|---|
| | SSN | SIGNATURE *Joe B Warren Jr.* | |

## VI. INDORSER'S COMMENTS          ☐ CONCUR    ☐ NONCONCUR

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | SSN | SIGNATURE | |

## VII. COMMANDER'S REVIEW
☐ CONCUR    ☐ NONCONCUR    (Attach AF Form 77)        SIGNATURE

## INSTRUCTIONS

Reports written (rater) by a senior rater will not be indorsed. Also, reports written by the Chief Master Sergeant of the Air Force (CMSAF) will not be indorsed.

Reports written (rater) by colonels or civilians (GM-15 or higher) do not require an indorser; however, indorsement is permitted unless prohibited by the instruction above.

When the rater's rater is not at least a MSgt or civilian (GS-07 or higher), the indorser is the next official in the rating chain serving in the grade of MSgt or higher, or a civilian in the grade of GS-07 or higher.

When the final evaluator (rater or indorser) is not an Air Force officer or a DAF civilian, an Air Force advisor review is required.

No comment is needed in the first item under Section V if the performance feedback was provided to the ratee; otherwise, comments must be made to state why feedback was not provided.

AF Form 910, JAN 89 (REVERSE)

☉U.S. GPO: 1990-760-070-81490

## I. RATEE IDENTIFICATION DATA (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) CRISP, NATHAN D. | 2. SSN | 3. GRADE SSGT | 4. DAFSC 24150 |
|---|---|---|---|

| 5. ORGANIZATION, COMMAND, AND LOCATION 1964th Communications Group (AFCC), Ramstein Air Base, Germany | 6. PAS CODE OY100 RFOYFFRB |
|---|---|

| 7. PERIOD OF REPORT From: 22 Sep 89   Thru: 9 Aug 90 | 8. NO. DAYS SUPERVISION 322 | 9. REASON FOR REPORT CRO |
|---|---|---|

## II. JOB DESCRIPTION

**1. DUTY TITLE:** CHIEF OF SAFETY

**2. KEY DUTIES, TASKS, AND RESPONSIBILITIES:** Manages the unit safety program for the largest and busiest communications unit in Europe. Provides guidance and assistance to division and work center safety NCOs in conducting effective safety programs. Provides periodic inspections and evaluations of work areas. Provides safety training to work center supervisors. Keeps the commander informed of significant safety-related issues and the condition of the unit safety program. Provides and conducts safety publicity activities. Additional Duties: Disaster preparedness representative, selective arming instructor, exercise evaluation team member.

## III. EVALUATION OF PERFORMANCE

**1. HOW WELL DOES RATEE PERFORM ASSIGNED DUTIES?** *(Consider quality, quantity, and timeliness of duties performed)*

| | Inefficient. An unprofessional performer. | | Good performer. Performs routine duties satisfactorily. | | Excellent performer. Consistently produces high quality work. | ☒ | The exception. Absolutely superior in all areas. |
|---|---|---|---|---|---|---|---|

**2. HOW MUCH DOES RATEE KNOW ABOUT PRIMARY DUTIES?** *(Consider whether ratee has technical expertise and is able to apply the knowledge)*

| | Does not have the basic knowledge necessary to perform duties. | | Has adequate technical knowledge to satisfactorily perform duties. | | Extensive knowledge of all primary duties and related positions. | ☒ | Excels in knowledge of all related positions. Mastered all duties. |
|---|---|---|---|---|---|---|---|

**3. HOW WELL DOES RATEE COMPLY WITH STANDARDS?** *(Consider dress and appearance, weight and fitness, customs, and courtesies)*

| | Fails to meet minimum standards. | | Meets Air Force standards. | | Sets the example for others to follow. | ☒ | Exemplifies top military standards. |
|---|---|---|---|---|---|---|---|

**4. HOW IS RATEE'S CONDUCT ON/OFF DUTY?** *(Consider financial responsibility, respect for authority, support for organizational activities, and maintenance of government facilities)*

| | Unacceptable. | | Acceptable, but needs some improvement. | | Sets the example for others. | ☒ | Exemplifies the standard of conduct. |
|---|---|---|---|---|---|---|---|

**5. HOW WELL DOES RATEE SUPERVISE/LEAD?** *(Consider how well member sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)*

| | Ineffective. | | Effective. Obtains satisfactory results. | | Highly effective. | ☒ | Exceptionally effective leader. |
|---|---|---|---|---|---|---|---|

**6. HOW WELL DOES RATEE COMPLY WITH INDIVIDUAL TRAINING REQUIREMENTS?** *(Consider upgrade training, professional military education, proficiency/qualification, and contingency)*

| | Does not comply with minimum training requirements. | | Complies with most training requirements. | | Complies with all training requirements. | ☒ | Consistently exceeds all training requirements. |
|---|---|---|---|---|---|---|---|

**7. HOW WELL DOES RATEE COMMUNICATE WITH OTHERS?** *(Consider ratee's verbal and written skills)*

| | Unable to express thoughts clearly. Lacks organization. | | Organizes and expresses thoughts satisfactorily. | | Consistently able to organize and express ideas clearly and concisely. | ☒ | Highly skilled writer and communicator. |
|---|---|---|---|---|---|---|---|

AF Form 910, JAN 89   PREVIOUS EDITIONS OF AF FORMS 909 AND 910 ARE OBSOLETE

**ENLISTED PERFORMANCE REPORT (AB thru TSGT)**

## IV. PROMOTION RECOMMENDATION (Compare this ratee with others of the same grade and AFS)

| Unsatisfactory performer. NOT RECOMMENDED FOR PROMOTION. | Marginal performer - should be monitored closely for increased responsibility. NOT RECOMMENDED FOR PROMOTION AT THIS TIME. | Satisfactory performer. CONSIDER FOR PROMOTION. | Excellent performer. READY FOR PROMOTION. | Exceptional performer. READY FOR IMMEDIATE PROMOTION. |
|---|---|---|---|---|
| **RATER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | 4 | ☒ 5 |
| **INDORSER'S RECOMMENDATION** | | | | |
| 1 | 2 | 3 | 4 | ☒ 5 |

## V. RATER'S COMMENTS

SSgt Crisp has demonstrated outstanding initiative in transforming a grossly deficient unit safety program to one of the strongest on Ramstein. Moving quickly to reestablish a strong program, he immediately began no-notice inspections of the maintenance work centers. He revived a project to fix a computer room floor which had languished in the planning process, but is now back on track. SSgt Crisp also made sure that three condemned wooden poles previously used for antennae were removed. He kept the base safety office focused on the hazard these poles presented, and expedited the planning and coordination for their removal. Established effective working relationships with work center safety persons. As a member of the group EET, SSgt Crisp incorporated a new safety perspective into the EET assessments, improving scenario planning and evaluation and resulting in a safe and successful NATO Tac Eval.

Performance feedback was accomplished consistent with the direction in AFR 39-62 (if not accomplished, state the reason).

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION JOE B. WARREN, JR., Col, USAF 1964th Communications Group (AFCC) Ramstein Air Base, Germany | DUTY TITLE Commander SSN ▬▬▬  SIGNATURE *Joe B Warren Jr.* | DATE 10 Aug 90 |
|---|---|---|

## VI. INDORSER'S COMMENTS    ☒ CONCUR   ☐ NONCONCUR

SSgt Crisp is performing admirably in a very difficult position. His immediate recognition of the major problems in the unit safety program and his aggressive actions — already productive — have been impressive. SSgt Crisp is also demonstrating strong leadership abilities. He is active in group activities and voluntarily stepped up to major additional duties such as unit disaster representative. Excellent potential for senior grades.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, & LOCATION CHARLES E. PEARSALL, JR., Col, USAF 2005th Communications Wing (AFCC) Sembach Air Base, Germany | DUTY TITLE Commander SSN ▬▬▬  SIGNATURE *CE Pearsall* | DATE 05 Sep 90 |
|---|---|---|

## VII. COMMANDER'S REVIEW

☒ CONCUR   ☐ NONCONCUR   (Attach AF Form 77)    SIGNATURE *Tommie A. Bradley*

### INSTRUCTIONS

Reports written (rater) by a senior rater will not be indorsed. Also, reports written by the Chief Master Sergeant of the Air Force (CMSAF) will not be indorsed.

Reports written (rater) by colonels or civilians (GM-15 or higher) do not require an indorser; however, indorsement is permitted unless prohibited by the instruction above.

When the rater's rater is not at least a MSgt or civilian (GS-07 or higher), the indorser is the next official in the rating chain serving in the grade of MSgt or higher, or a civilian in the grade of GS-07 or higher.

When the final evaluator (rater or indorser) is not an Air Force officer or a DAF civilian, an Air Force advisor review is required.

No comment is needed in the first item under Section V if the performance feedback was provided to the ratee; otherwise, comments must be made to state why feedback was not provided.

AF Form 910, JAN 89 (REVERSE)                                                    ☆ U. S. GPO: 1989-240-979:81670

**I. RATEE IDENTIFICATION DATA** (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| CRISP, NATHAN | ▓▓▓▓▓ | SSGT | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 1ST TACTICAL FIGHTER WING (TAC) LANGLEY AFB VA. | LEOTFC37 |

| 7. PERIOD OF REPORT | | 8. NO. OF DAYS OF SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|---|
| FROM: 28 FEB 88 | THRU: 21 SEP 88 | 207 | CRO |

**II. JOB DESCRIPTION** 1. DUTY TITLE: GROUND SAFETY SPECIALIST

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Assists the Ground Safety Officer in managing the 1TFW Ground Safety Program. Assists in investigating industrial, off-duty, and motor vehicle mishaps. Prepares mishap reports, monthly status reports, and other safety correspondence. Participates in safety inspections. Investigates reported hazards and coordinates on actions to assure identified hazards are abated. Assists in providing safety education for base assigned personnel.

**III. EVALUATION OF PERFORMANCE**

| | | N/O | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 3. TRAINING: Consider how well responsibilities are discharged as an OJT supervisor or trainer and in other efforts to improve technical knowledge and educational level. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 4. SUPERVISION: Consider how well ratee supervises, leads, uses available resources, communicates (oral and written), and maintains good order and discipline. | RATER | ☒ | | | | | | | | | | |
| | 1ST INDORSER | ☒ | | | | | | | | | | |
| 5. ACCEPTANCE OF NCO RESPONSIBILITY: Consider ratee's acceptance of responsibility for personal actions and those of subordinates. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force noncommissioned officers. | RATER (BR / SH / N/O) | | | | | | | | | | | ☒ |
| | 1ST INDORSER (BR / BH) | | | | | | | | | | | ☒ |

**V. OVERALL EVALUATION**

| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating. | RATER | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | ☒ |
| UNIT COMMANDER REVIEW (Initials) | 2D INDORSER | | | | | | | | | | |
| | 3D INDORSER | | | | | | | | | | |

AF FORM 910 JUN 84   PREVIOUS EDITION WILL BE USED                TSGT, SSGT, SGT PERFORMANCE REPORT

CERTIFIED TRUE COPY, NCOIC OF RECORDS SECTION

**V. RATER'S COMMENTS   FACTS AND SPECIFIC ACHIEVEMENTS:** SSgt Crisp continues to demonstrate outstanding knowledge and initiative in the performance of his duties. His knowledge and ability to analyze problem areas has greatly benefited the wing Air Force Occupational Safety and Health (AFOSH) committee program and assisted commanders in taking proper corrective action to prevent mishaps. SSgt Crisp's coordination with his counterparts at Headquarters Ninth Air Force and Tactical Air Command is outstanding. His expertise in mishap investigation and reporting, combined with his ability to communicate with personnel at all levels of command, has enhanced the Langley AFB Mishap Prevention Program. SSgt Crisp has completely revised the focus of unit safety programs. Programs are now oriented toward prevention rather than reporting. His instructional capabilities have been a definite asset in training and motivating unit additional duty safety personnel. SSgt Crisp has an exceptional ability to instill safety awareness within personnel around him. **STRENGTHS:** SSgt Crisp sets an outstanding example for Airman and other NCOs to follow by his military bearing and uniform appearance. He is an outstanding team worker who promotes a high "esprit de corps" within the section. **SUGGESTESTED ASSIGNMENTS:** I would, without hesitation, recommend that he be assigned to a Headquarters or NAF Ground Safety Position. **OTHER COMMENTS:** SSgt Crisp is eager for additional responsibilities and I recommend him for promotion ahead of his contemporaries.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD S. MONTEIRO, GS-11, DAFC 1st Tactical Fighter Wing (TAC) Langley AFB VA | Ground Safety Officer | | 26 Sep 88 |
| | SSAN | SIGNATURE | |

**VI. 1ST INDORSER'S COMMENTS** ☒ CONCUR ☐ NONCONCUR
A hard charger who never hesitates to use considerable initiative and sound judgement to attack tough challenges. His 20 page guide for planning, implementing, and evaluating every critical aspect of Unit Ground Safety Programs will have a lasting positive effect on wing combat readiness. A superior NCO who deserves accelerated promotion.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD C. LAND II, Lt Col, USAF 1st Tactical Fighter Wing (TAC) Langley AFB, Virginia | Chief of Safety | | 5 Oct 88 |
| | SSAN | SIGNATURE | |

**VII. 2D INDORSER'S COMMENTS** ☐ CONCUR ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | SSAN | SIGNATURE | |

**VIII. 3D INDORSER'S COMMENTS** ☐ CONCUR ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | SSAN | SIGNATURE   E.C.L | |

AF FORM 910, JUN 84 (REVERSE)   * USGPO 1987 201-386/7013   **TSGT, SSGT, SGT PERFORMANCE REPORT**

**I. RATEE IDENTIFICATION DATA** (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) | | 2. SSAN | 3. GRADE | 4. DAFSC |
|---|---|---|---|---|
| CRISP, NATHAN D. | | ▮▮▮▮▮▮ | SSGT | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 1ST TACTICAL FIGHTER WING, TACTICAL AIR COMMAND, LANGLEY AFB VIRGINIA | LEOTFC37 |

| 7. PERIOD OF REPORT | | 8. NO. OF DAYS OF SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|---|
| FROM: 28 FEB 87 | THRU: 27 FEB 88 | 365 | ANNUAL |

**II. JOB DESCRIPTION**  1. DUTY TITLE: GROUND SAFETY SPECIALIST

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Assists the Ground Safety Division in performing inspections of areas and operations to identify accident potentials. Assists in performing accident investigations. Conducts safety education. Assists in the preparation and distribution of education articles, charts, graphs, and other informative materials. Assists in providing safety staff consultation. Additional Duties: Junior FOD Committee, Office Computer System Security Officer, Alternate OPSEC Monitor.

**III. EVALUATION OF PERFORMANCE**

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | | ☒ |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | | ☒ |
| 3. TRAINING: Consider how well responsibilities are discharged as an OJT supervisor or trainer and in other efforts to improve technical knowledge and educational level. | RATER | N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | | ☒ |
| 4. SUPERVISION: Consider how well ratee supervises, leads, uses available resources, communicates (oral and written), and maintains good order and discipline. | RATER | N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | | ☒ |
| 5. ACCEPTANCE OF NCO RESPONSIBILITY: Consider ratee's acceptance of responsibility for personal actions and those of subordinates. | RATER | N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | | ☒ |
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force noncommissioned officers. | RATER | BR / BH / N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | BR / BH | | | | | | | | | | | ☒ |

**IV. OVERALL EVALUATION**

| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating. | RATER | | | | | | | | | | |
| | 1ST INDORSER | | | | | | | | | | ☒ |
| UNIT COMMANDER REVIEW (Initials) | 2D INDORSER | | | | | | | | | | ☒ |
| | 3D INDORSER | | | | | | | | | | ☒ |

AF FORM 910  JUN 84  PREVIOUS EDITION WILL BE USED

TSGT, SSGT, SGT PERFORMANCE REPORT

**V. RATER'S COMMENTS   FACTS AND SPECIFIC ACHIEVEMENTS:** Staff Sergeant Nathan D. Crisp has proven himself to be one of the outstanding NCOs of the Air Force. He is completely reliable in all of his assigned duties and continually seeks out all opportunities which will help broaden his field of knowledge. SSgt Crisp's contributions to the Wing Safety Education Program has been invaluable. He conducted safety training classes for 2,516 base personnel, and established a safety booth for child restraint devices during the base Health Fair. SSgt Crisp provided several briefings on seat belts and bicycle safety to youth center members. SSgt Crisp received a written commendation from the 1st Tactical Fighter Wing Commander for distinguished achievement in support of the Combined Federal Campaign. STRENGTHS: SSgt Crisp is extremely conscientious and efficient. He need only be assigned to any project and he can be counted upon to expend whatever effort is required for outstanding accomplishment. EDUCATIONAL AND TRAINING ACCOMPLISHMENTS: During this reporting period, SSgt Crisp obtained his five skill level, scoring a 94 on his end-of-course test. He completed NCO Leadership School, earning the Drill Master Award and being named a distinguished graduate. SSgt Crisp also completed ECI Course 8800 "The UCMJ" and the AAA Driver Improvement Program Instructor's Course. SSgt Crisp is actively pursuing his associates degree in Safety. OTHER COMMENTS: Recommend SSgt Crisp continue in the Safety Career Field with assignment at the wing/base level. Recommend promotion to Technical Sergeant.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| GILBERT P. TRUJILLO, MSgt, USAF 1st Tactical Fighter Wing (TAC) Langley AFB, Virginia | NCOIC, Ground Safety | | 29 Feb 88 |
| | SSAN | SIGNATURE | |

**VI. 1ST INDORSER'S COMMENTS**  ☒ CONCUR  ☐ NONCONCUR

Ability to get the job done marks SSgt Crisp as a prime mover in the safety office and a vital asset in the wing's mission. He possesses all the qualities so vital to a competent Air Force noncommissioned officer. I concur in the recommendation of his immediate promotion.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD S. MONTEIRO, GS-11, DAFC 1st Tactical Fighter Wing (TAC) Langley AFB, Virginia | Chief of Ground Safety | | 29 Feb 88 |
| | SSAN | SIGNATURE | |

**VII. 2D INDORSER'S COMMENTS**  ☒ CONCUR  ☐ NONCONCUR

SSgt Crisp has the initiative, drive, and outstanding personal dedication that distinguishes him as a truly topnotch NCO. Continue to challenge and promote.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD C. LAND II, Lt Col, USAF 1st Tactical Fighter Wing (TAC) Langley AFB, Virginia | Chief of Safety | | 29 Feb 88 |
| | SSAN | SIGNATURE | |

**VIII. 3D INDORSER'S COMMENTS**  ☐ CONCUR  ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE | |

AF FORM 910, JUN 84 (REVERSE)    GPO : 1986 O - 158-721    **TSGT, SSGT, SGT PERFORMANCE REPORT**

## I. RATEE IDENTIFICATION DATA (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) | 2. SSN | 3. GRADE | | 4. DAFSC |
|---|---|---|---|---|
| CRISP, NATHAN D. | | SSG | | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6a. PAS CODE | 6b. SRID |
|---|---|---|
| 86th Wing, Ramstein Air Base, Germany | RFODFB1T | ODC73 |

| 7. PERIOD OF REPORT | | | 8. NO. DAYS SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|---|---|
| From: 07 Mar 92 | Thru: | 06 Mar 93 | 126 | Annual |

## II. JOB DESCRIPTION

**1. DUTY TITLE** Safety Technician

**2. KEY DUTIES, TASKS, AND RESPONSIBILITIES**

Manages the ground safety program for the Kaiserslautern Military Community (KMC) organizations. Conducts inspections and ensures unit commanders take conclusive corrective actions. Determines mishap reportability, investigates mishaps, and accomplishes formal reports for higher headquarters. Prepares safety education articles for dissemination to the base newspaper and distribution throughout KMC population. Conducts Unit Ground Safety Representative (UGSR) meetings. Leads the base confined space program and ensures the program complies with regulatory guidance. Additional Duties: Disaster Preparedness Representative, Small Computer Manager, Computer System Security Officer and Danger Tag Monitor.

## III. EVALUATION OF PERFORMANCE

**1. HOW WELL DOES RATEE PERFORM ASSIGNED DUTIES?**  *(Consider quality, quantity, and timeliness of duties performed)*

| ☐ Inefficient. An unprofessional performer. | ☐ Good performer. Performs routine duties satisfactorily. | ☐ Excellent performer. Consistently produces high quality work. | ☒ The exception. Absolutely superior in all areas. |
|---|---|---|---|

**2. HOW MUCH DOES RATEE KNOW ABOUT PRIMARY DUTIES?**  *(Consider whether ratee has technical expertise and is able to apply the knowledge)*

| ☐ Does not have the basic knowledge necessary to perform duties. | ☐ Has adequate technical knowledge to satisfactorily perform duties. | ☐ Extensive knowledge of all primary duties and related positions. | ☒ Excels in knowledge of all related positions. Mastered all duties. |
|---|---|---|---|

**3. HOW WELL DOES RATEE COMPLY WITH STANDARDS?**  *(Consider dress and appearance, weight and fitness, customs, and courtesies)*

| ☐ Fails to meet minimum standards. | ☐ Meets Air Force standards. | ☒ Sets the example for others to follow. | ☐ Exemplifies top military standards. |
|---|---|---|---|

**4. HOW IS RATEE'S CONDUCT ON/OFF DUTY?**  *(Consider financial responsibility, respect for authority, support for organizational activities, and maintenance of government facilities)*

| ☐ Unacceptable. | ☐ Acceptable. | ☒ Sets the example for others. | ☐ Exemplifies the standard of conduct. |
|---|---|---|---|

**5. HOW WELL DOES RATEE SUPERVISE/LEAD?**  *(Consider how well member sets and enforces standards, displays initiative and self-confidence, provides guidance and feedback, and fosters teamwork)*

| ☐ Ineffective. | ☐ Effective. Obtains satisfactory results. | ☒ Highly effective. | ☐ Exceptionally effective leader. |
|---|---|---|---|

**6. HOW WELL DOES RATEE COMPLY WITH INDIVIDUAL TRAINING REQUIREMENTS?**  *(Consider upgrade training, professional military education, proficiency/qualification, and contingency)*

| ☐ Does not comply with minimum training requirements. | ☐ Complies with most training requirements. | ☐ Complies with all training requirements. | ☒ Consistently exceeds all training requirements. |
|---|---|---|---|

**7. HOW WELL DOES RATEE COMMUNICATE WITH OTHERS?**  *(Consider ratee's verbal and written skills)*

| ☐ Unable to express thoughts clearly. Lacks organization. | ☐ Organizes and expresses thoughts satisfactorily. | ☐ Consistently able to organize and express ideas clearly and concisely. | ☒ Highly skilled writer and communicator. |
|---|---|---|---|

AF FORM 910, JAN 93 (EF)   (PerFORM PRO)   PREVIOUS EDITIONS ARE OBSOLETE.    ENLISTED PERFORMANCE REPORT (AB thru TSGT)

## IV. PROMOTION RECOMMENDATION (Compare this ratee with others of the same grade and AFS)

| RECOMMENDATION | NOT RECOMMENDED | NOT RECOMMENDED AT THIS TIME | CONSIDER | READY | IMMEDIATE PROMOTION |
|---|---|---|---|---|---|
| RATER'S RECOMMENDATION | 1 | 2 | 3 | ☒ | 5 |
| INDORSER'S RECOMMENDATION | 1 | 2 | 3 | ☒ | 5 |

## V. RATER'S COMMENTS

- Creative safety NCO; performed safety and associated duties in an excellent manner
- Conducted sound and comprehensive mishap investigations and inspections
  -- The wing achieved a 61 percent reportable mishap reduction
  -- Ground safety rated "Excellent" by the MAJCOM Safety Evaluation Team
- Designed the Environmental, Safety, Occupational Health, and Fire Protection (ESOHFP) wing inspection form used by participants of a one year Air Force test program
- Authored many base newspaper articles to educate the Kaiserslautern Military Community
  -- One article resulted in zero runway intrusions in the last three months
- Chaired the Wing's Quarterly Unit Ground Safety meetings; provided valuable safety information to unit representatives; increased safety awareness of base personnel
- Received letters of appreciation from various military and civilian organizations for his excellent safety presentations
- Completed an Associate Degree in Safety through Community College of the Air Force

I certify that performance feedback was accomplished consistent with the direction in AFR 39-62 (if not accomplished, state the reason).

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION COMMAND, & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| ELIZABETH MARTIN, TSgt, USAF 86th Wing. (USAFE) Ramstein Air Base, Germany | NCOIC, Mishap Investigation Section | | 0 8 MAR 1993 |
| | SSN ▓▓▓▓▓ | SIGNATURE *Elizabeth Martin* | |

## VI. INDORSER'S COMMENTS　　☒ CONCUR　　　NONCONCUR

- Thorough knowledge of Confined Space led to his selection to head the wing's program
  -- Identified serious procedural and equipment deficiencies within base units
- Formally commended by the Commanding General for his outstanding safety contributions in support of Operation PROVIDE COMFORT
- Provided valuable inputs to a formal investigation involving smoke cans used for security police training--major problems were identified and corrected

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION COMMAND, & LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| SADIE STEWART, SMSgt, USAF 86th Wing (USAFE) Ramstein Air Base, Germany | Ground Safety Manager | | 0 8 MAR 1993 |
| | SSN ▓▓▓▓▓ | SIGNATURE *Sadie Stewart* | |

### INSTRUCTIONS

Reports written by a senior rater or the Chief Master Sergeant of the Air Force (CMSAF) will not be indorsed.

Reports written by colonels or civilians (GM-15 or higher) do not require an indorser; however, indorsement is permitted unless prohibited by the instruction above.

When the rater's rater is not at least a MSgt or civilian (GS-07 or higher), the indorser is the next official in the rating chain serving in the grade of MSgt or higher, or a civilian in the grade of GS-07 or higher.

When the final evaluator (rater or indorser) is not an Air Force officer or a DAF civilian, an Air Force advisor review is required.

## VII. COMMANDER'S REVIEW

| ☒ CONCUR | NONCONCUR (Attach AF Form 77) | SIGNATURE |
|---|---|---|

AF FORM 910, JAN 93 (LF) (REVERSE)

## I: RATEE IDENTIFICATION DATA (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) | 2. SSN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| CRISP, NATHAN D. | ▬▬▬▬▬ | SSGT | 1S051 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6a. PAS CODE | 6b. SRID |
|---|---|---|
| 86th Wing (USAFE), Ramstein Air Base, Germany | RFODB1T | ODC73 |

| 7. PERIOD OF REPORT | 8. NO. DAYS SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|
| From: 7 Mar 93    Thru: 8 Nov 93 | 247 | CRO |

## II. JOB DESCRIPTION

**1. DUTY TITLE**

Safety Journeyman

**2. KEY DUTIES, TASKS, AND RESPONSIBILITIES**

Manages the ground safety program for the Kaiserslautern Military Community (KMC) organizations. Conducts inspections and ensures unit commanders take conclusive corrective actions. Determines mishap reportability, investigates mishaps, and accomplishes formal reports for higher headquarters. Prepares safety education articles for dissemination to the base newspaper and distribution throughout the KMC population. Conducts Unit Ground Safety Representative (UGSR) meetings. Heads the Base Confined Space Program and ensures the program complies with regulatory guidance. Additional Duties: Disaster Preparedness Representative, Small Computer Manager, Computer System Security Officer and Danger Tag Monitor.

## III. EVALUATION OF PERFORMANCE

**1. HOW WELL DOES RATEE PERFORM ASSIGNED DUTIES?** (Consider quality, quantity, and timeliness of duties performed)

| ☐ Inefficient. An unprofessional performer. | ☐ Good performer. Performs routine duties satisfactorily. | ☐ | ☒ The exception. Absolutely superior in all areas. |
|---|---|---|---|

**2. HOW MUCH DOES RATEE KNOW ABOUT PRIMARY DUTIES?** (Consider whether ratee has technical expertise and is able to apply)

| ☐ Does not have the basic knowledge necessary to perform duties. | ☐ Has adequate technical knowledge to satisfactorily perform duties. | ☐ Extensive knowledge of all primary duties and related positions. | ☒ Excels in knowledge of all related positions. Mastered all duties. |
|---|---|---|---|

**3. HOW WELL DOES RATEE COMPLY WITH STANDARDS?** (Consider dress and appearance, weight and fitness, customs, and)

| ☐ Fails to meet minimum standards. | ☐ Meets Air Force standards. | ☒ Sets the example for others to follow. | ☐ Exemplifies top military standards. |
|---|---|---|---|

**4. HOW IS RATEE'S CONDUCT ON/OFF DUTY?** (Consider financial responsibility, respect for authority, support for organizational)

| ☐ Unacceptable. | ☐ Acceptable. | ☒ Sets the example for others. | ☐ Exemplifies the standard of conduct. |
|---|---|---|---|

**5. HOW WELL DOES RATEE SUPERVISE/LEAD?** (Consider how well member sets and enforces standards, displays initiative and)

| ☐ Ineffective. | ☐ Effective. Obtains satisfactory results. | ☐ Highly effective. | ☒ Exceptionally effective leader. |
|---|---|---|---|

**6. HOW WELL DOES RATEE COMPLY WITH INDIVIDUAL TRAINING REQUIREMENTS?** (Consider upgrade training, professional)

| ☐ Does not comply with minimum training requirements. | ☐ Complies with most training requirements. | ☐ Complies with all training requirements. | ☒ Consistently exceeds all training requirements. |
|---|---|---|---|

**7. HOW WELL DOES RATEE COMMUNICATE WITH OTHERS?** (Consider ratee's verbal and written skills)

| ☐ Unable to express thoughts clearly. Lacks organization. | ☐ Organizes and expresses thoughts satisfactorily. | ☐ | ☒ Highly skilled writer and communicator. |
|---|---|---|---|

AF FORM 910, JAN 93 (EF)    (PerFORM PRO)    PREVIOUS EDITIONS ARE OBSOLETE.    ENLISTED PERFORMANCE REPORT (AB thru TSGT)

## IV. PROMOTION RECOMMENDATION (Compare this ratee with others of the same grade and AFS)

| RECOMMENDATION | NOT RECOMMENDED | NOT RECOMMENDED AT THIS TIME | CONSIDER | READY | IMMEDIATE PROMOTION |
|---|---|---|---|---|---|
| RATER'S RECOMMENDATION | 1 | 2 | 3 | 4 | ☒ |
| INDORSER'S RECOMMENDATION | 1 | 2 | 3 | 4 | ☒ |

## V. RATER'S COMMENTS

- Excellent NCO; demonstrates daily superior proficiency and invaluable technical knowledge of the wing's Ground Safety programs--effective communicator
- Created a useful mishap trend analysis and recommendations guide, a report provided to unit commanders and supervisors to improve and manage squadron safety programs
- Assisted one unit to improve its marginal safety program to an excellent, through close coordination with unit ground safety representative and supervisors--unit was awarded the 86th Wing "Outstanding Large Safety Unit of the Quarter" for FY93
- Awarded certificate of appreciation from the Chief of Security Police for participation in their "National Night Out," awareness campaign--distributed 1,500 coloring books, promoting personal, pedestrian, and seat belt safety awareness to base populace
- Received a letter of thanks from University of Maryland Sociologist Professor for time and effort expended on a well prepared and interesting briefing presented to his class
- Completed the 86th Wing, Ramstein Air Base Total Quality Awareness Course

I certify that performance feedback was accomplished consistent with the direction in AFR 39-62 (if not accomplished, state the reason).

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION | DUTY TITLE | | DATE |
|---|---|---|---|
| ELIZABETH MARTIN, TSgt, USAF 86th Wing (USAFE) Ramstein Air Base, Germany | NCOIC, Mishap Investigation Section | | 09 NOV 1993 |
| | SSN ▓▓▓▓ | SIGNATURE *Elizabeth Martin* | |

## VI. INDORSER'S COMMENTS          ☒ CONCUR          NONCONCUR

- Superb performance of safety duties directly contributed to the 86th Wing and the safety office "Excellent" ratings received during the Quality Air Force Assessment
- Positive representative of the Air Force, speaks often at military sponsored events
- Member of the "Vince and Larry" Crash Test Dummy team at various community events
  -- Heightened seat belt awareness throughout the KMC from boy scouts and school children to senior military officials

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION | DUTY TITLE | | DATE |
|---|---|---|---|
| SADIE STEWART, SMSgt, USAF 86th Wing (USAFE) Ramstein Air Base, Germany | Ground Safety Manager | | 09 NOV 1993 |
| | SSN ▓▓▓▓ | SIGNATURE | |

### INSTRUCTIONS

Reports written by a senior rater or the Chief Master Sergeant of the Air Force (CMSAF) will not be indorsed.

Reports written by colonels or civilians (GM-15 or higher) do not require an indorser; however, indorsement is permitted unless prohibited by the instruction above.

When the rater's rater is not at least a MSgt or civilian (GS-07 or higher), the indorser is the next official in the rating chain serving in the grade of MSgt or higher, or a civilian in the grade of GS-07 or higher.

## VII. COMMANDER'S REVIEW

| ☒ CONCUR | NONCONCUR (Attach AF Form 77) | SIGNATURE |
|---|---|---|
| | | *Garland Green* |

AF FORM 910, JAN 93 (EF) (REVERSE)

## REQUEST AND AUTHORIZATION FOR PERMANENT CHANGE OF STATION - MILITARY
### (THIS FORM IS SUBJECT TO THE PRIVACY ACT OF 1974 · USE BLANKET PAS · AF FORM 11)

The following individual will proceed on permanent change of station.

| 1. GRADE, LAST NAME, FIRST, MIDDLE INITIAL, SSAN | 2. AIRMAN PAY GRADE | 3. TED | ☐ PCS WITHOUT PCA ☒ PCS WITH PCA | 4. ☐ OVER 2 YEARS SERVICE (E-4 Only) |
|---|---|---|---|---|
| SSG CRISP, NATHAN D. | E-5 | NOV 89 | | |

| 5. PDAFSC/CAFSC | 6. REPORT TO COMDR, NEW ASSIGNMENT NLT |
|---|---|
| 24150 | 30 NOV 89 |

| 7. SECURITY CLEARANCE | 8. DDALVF | 9. DISLOCATION ALLOWANCE CATEGORY | 10. TPC WITH _____ DAYS TRAVEL TIME PERMITTED |
|---|---|---|---|
| SEC/1.NTNAC/JAN 82 | YES | | |

11. TDY

| 12. UNIT, MAJOR COMMAND, AND ADDRESS OF UNIT TO WHICH ASSIGNED | 13. UNIT, MAJOR COMMAND, AND ADDRESS OF UNIT FROM WHICH RELIEVED |
|---|---|
| 1964 COMMUNICATIONS GP (AFCC) (RAMSTEIN ABS, GERMANY) APO NY 09094 | 1 TACTICAL FIGHTER WG/SE (TAC) LANGLEY AFB, VA 23665-5000 |

14. Individual will serve  ☒ Accompanied tour 48  ☐ All others tour    ☐ Short tour

| 15.A. TRAVEL OF DEPENDENT(S) IS AUTHORIZED. ☐ CONCURRENT ☐ TO A DESIGNATED LOCATION B. ☐ DEPENDENTS WILL NOT RELOCATE | 16. AUTHORITY FOR CONCURRENT TRAVEL | 17. ☐ This is a Join-spouse Assignment |
|---|---|---|

| 18. DEPENDENT(S) (List names of dependent(s) and DOB of children) | 19. ☒ Extended Tour Volunteer ☐ Member has Homebasing/Follow-on Assignment to. |
|---|---|
| CINDY A. /WIFE    PRESENT ADDRESS: 1002 BAY VIEW TOWERS LAFB, VA 23665 | |

**20. OVERSEA TRANSPORTATION DATA:**
A. ☐ Comply with MTA (DD Form 1482)
B. ☒ Member will comply with reporting time and flight reservations in the MTA or as arranged by the TMO per AFR 75-8, and is not auth to depart this station before receipt of validated MTA or GTR (SF 1169) from the TMO.
C. ☐ TDY station will obtain flight reservations. Member is not auth to depart TDY station before receipt of validated MTA or GTR from the TMO.
D. ☒ Dependent(s) will comply with reporting data and flight reservations in the MTA.

**21. HOUSING AVAILABILITY** (Oversea Assignment Only). (Check applicable block)
A. ☐ Will be available within 20 weeks. If travel of dependents and transportation of HHG are authorized and effected at government expense to another location this will exhaust travel and transportation entitlements until member receives new PCS orders. However, dependents are authorized shipment of unaccompanied baggage to another location and subsequent shipment to the member's oversea duty station.
B. ☐ Will not be available within 20 weeks. Transportation of dependents, shipment of HHG and unaccompanied baggage authorized to another location and subsequently to member's oversea duty station.

| 22. PCS EXPENSE CHARGEABLE TO | (Insert M, D, H, I, G, F, A, S, C, T, or Y) | 23. EXCESS BAGGAGE AUTHORIZED |
|---|---|---|
| 5793500 329 5871.9* 503725 CIC: 4 5 948 0070 503725 NONTEMPORARY STORAGE CHARGEABLE TO: 5793500 329 5878.ON 503725 | TAC: F98D10M | _____ POUNDS _____ PIECES |

| 24. TDY EXPENSE CHARGEABLE TO | 25. AUTHORITY AND PCS CODE AFR 39-11, PCS CODE J AAN: 1190NS0129 |
|---|---|

Pursuant to AFR 30-15, you will report to the base housing referral office servicing your new duty station before entering into any rental, lease, or purchase agreement for off-base housing.

**26. REMARKS** (Submit travel voucher within 5 workdays after completion of travel. If TDY en route is authorized, attach receipts showing cost of all lodging used.)

ITEMS 1, 11B, 13, 14, 16, 18, AND 19 ON REVERSE APPLY.

MSPA

| 27. DATE | 28. TYPED NAME, GRADE, AND TELEPHONE NO. OF CBPO OFFICIAL | 29. SIGNATURE |
|---|---|---|
| 27 JUN 89 | DANNY L. MURPHY, MSG, 7047 | |

| 30. DESIGNATION AND LOCATION OF HEADQUARTERS | 31. SPECIAL ORDER NO. | DATE |
|---|---|---|
| DEPARTMENT OF THE AIR FORCE 1ST MISSION SUPPORT SQUADRON (TAC) LANGLEY AFB VA 23665-5000 | A-1752 | 3 JUL 1989 |

| 33. DISTRIBUTION | 32. TDN |
|---|---|
| "A" | FOR THE COMMANDER |

| 34. SIGNATURE ELEMENT OF ORDERS AUTHENTICATING OFFICIAL |
|---|
| WALTER W. BLANTON, Major, USAF Chief, Base Info. Division |

| 35. ADDRESS OF GAINING CBPO |
|---|
| 377CSW/DPMUM APO NEW YORK 09094-5000 |

AF FORM 899 JUL 83    PREVIOUS EDITION IS OBSOLETE.

Departure Certification : I certify that to best of my knowledge I will depart PCS at_____ (hours) on
_____ (date). Signature_____ witness_____.

1. Contact Outbound Assignments Ext 7047 NLT 30 days prior to your departure if you have not received your Outprocessing date. You are not authorized to depart until all processing actions have been Completed..
2. (A) Member authorized 4 days proceed time (B) Early reporting authorized and encouraged.
3. This is a : (A) Humanitarian Assignment (B) CHAP Assignment (C) Voluntary Stabilized Base Assignment Program (VSBAP) (D) First Term BOP (E) Career BOP.
4. This is a Swap/Permissive reassignment that is at no expense to the Government. All Expenses for transportation of member,dependents,household good or any other costs associated with the move will paid by member
5. Member has a Homesbasing. Assignment and has agreed not to relocate dependent (s), store HHGs or ship POV.
6. Member has a Follow—on Assignment and has not agreed to relocate dependent(s), store HHGs or ship POV to other that the follow—on location.
7. Member authorized to store HHGs by most effective means (determined by local TMO) and retain Follow—on or Homebasing assignment.
8. This is a join—spouse Assignmemt and HHGs weight allowance is base on higher ranking member's entitlement per JTR. vol I. para M8003.2. .
9. POV travel authorized via Alaska Highway to include Alaskan Marine Highway.
10. Alaska Remote Assignment . Dependents are not authorized. Member is allowed 2 pcs of checked baggage and 1 pcs of carry —on luggage enroute to Elmendorf AFB. Total weight of checked baggage must not exceed 149 lbs. On arrival at Elmendorf AFB an additional 1pc of baggage will be authorized for issuance of military arctic gear. Total checked baggage from Elmendorf to remote site must not exceed 210 lbs. Mbr will report TDY enroute to 21 ABGp CBPO/DPMUM Elmendorf AFB AK Bldg 2–500, Rm 111 NLT 0745 the 1st duty day after arrival for 15 day processing and transportation to final destination . Member will not arrive at Elmendorf AFB earlier than the directed reporting month.
11. Shipment of (A) 200lbs HHGs or 25% of full JTR weight allowance, whichever is greater (B) Full JTR weight allowance authorized.
12. La persona a quien esta orden pertenerca esta authorizada por las authoricades militares competents de los estados unidos de america para entrar o sailr de espana en mission oficial vesitdo de civil o militar.
13. Concurrent travel of dependents was authorized. Transportation of dependents authorized within 120 days of sponsors RNLTD.
14. No—fee passports are required for dependents. They cannot depart the CONUS without a valid no—fee pass port . Tourist passport art not authorized for military transfers.
15. Member has been been initially screened and meets the qualifying criteria as stated in AFR 35–39.
16. Member is authorized 8 days permissive TDY enroute for house hunting.
17. Member authorized 2 POCs.
18. NATO TRAVEL ORDER/ORDE DE MISSION OTAN
COUNTRY OF ORIGIN: UNITED STATES
Pays de provenance:
Order Number: SEE ITEM 31
Numero de serie
a. The bearer (and group as shown or on attached list) Le Porteur (et personnel porte ci—dointe ) See Reverse,
b. Will travel from See Reverse to See Reverse via See Reverse Date of Departure See Reverse
Fera movement de See Reverse a See Reverse via See Reverse Date du depart See Reverse
c. Authority (is) (is not) granted to posses arms . Autorisation de port d'armee (accordee) (non accordee)
d. The person named in paragraph–1 is authorized to carry N/A La personne indiquee au paragrahe plis scelles, ne continennent que des document officiels, numerotes.
e. I hereby certify that this individual is member of a force as defined in the NATO Status Forces Agreement, and that this is an authorized move under the terms of this. agreement.
Je soussigne certifie que la personnel vise appartient a une armee telle que definie dans l'Acord OTAN sur le status des forces armes ec que ce deplacement est officiel selon les terms de cet Accord.
f. This travel order is to be produced to civil and military authorities on request. Cet ordere de mission devra etre presente sur demande des authorities civiles et militarires.
FOR THE COMMANDER
Officer Authorizing movement
Officier autorisant le movement                                     Date of issue
                                                                    Date de l'autorisation
19. The wear of military uniform on commerical aircraft in, to. from. Europe and the Middle East is Prohibited. The wear of civilian clothing is authorized on military aircraft if connecting with a commercial flight.

**I. RATEE IDENTIFICATION DATA** *(Read AFR 39-62 carefully before completing any item)*

| 1. NAME *(Last, First, Middle Initial)* | 2. SSAN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| CRISP, NATHAN | ~~███-██-████~~ | SSGT | 24150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 1ST TACTICAL FIGHTER WING (TAC) LANGLEY AFB VA | LEOTFC37 |

| 7. PERIOD OF REPORT | 8. NO. OF DAYS OF SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|
| FROM: 28 FEB 88  THRU: 21 SEP 88 | 207 | CRO |

**II. JOB DESCRIPTION  1. DUTY TITLE:** GROUND SAFETY SPECIALIST

**2. KEY DUTIES, TASKS, AND RESPONSIBILITIES:** Assists the Ground Safety Officer in managing the 1TFW Ground Safety Program. Assists in investigating industrial, off-duty, and motor vehicle mishaps. Prepares mishap reports, monthly status reports, and other safety correspondence. Participates in safety inspections. Investigates reported hazards and coordinates on actions to assure identified hazards are abated. Assists in providing safety education for base assigned personnel.

**III. EVALUATION OF PERFORMANCE**

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 3. TRAINING: Consider how well responsibilities are discharged as an OJT supervisor or trainer and in other efforts to improve technical knowledge and educational level. | RATER | N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 4. SUPERVISION: Consider how well ratee supervises, leads, uses available resources, communicates (oral and written), and maintains good order and discipline. | RATER | ☒ N/O | | | | | | | | | | |
| | 1ST INDORSER | ☒ | | | | | | | | | | |
| 5. ACCEPTANCE OF NCO RESPONSIBILITY: Consider ratee's acceptance of responsibility for personal actions and those of subordinates. | RATER | N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force noncommissioned officers. | RATER | BR BH N/O | | | | | | | | | | ☒ |
| | 1ST INDORSER | BR BH | | | | | | | | | | ☒ |

**IV. OVERALL EVALUATION**

| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating. | RATER | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | ☒ |
| UNIT COMMANDER REVIEW *(Initials)* | 2D INDORSER | | | | | | | | | | |
| | 3D INDORSER | | | | | | | | | | |

AF FORM 910 JUN 84   PREVIOUS EDITION WILL BE USED

**TSGT, SSGT, SGT PERFORMANCE REPORT**

**V. RATER'S COMMENTS　FACTS AND SPECIFIC ACHIEVEMENTS:**　SSgt Crisp continues to demonstrate outstanding knowledge and initiative in the performance of his duties. His knowledge and ability to analyze problem areas has greatly benefited the wing Air Force Occupational Safety and Health (AFOSH) committee program and assisted commanders in taking proper corrective action to prevent mishaps. SSgt Crisp's coordination with his counterparts at Headquarters Ninth Air Force and Tactical Air Command is outstanding. His expertise in mishap investigation and reporting, combined with his ability to communicate with personnel at all levels of command, has enhanced the Langley AFB Mishap Prevention Program. SSgt Crisp has completely revised the focus of unit safety programs. Programs are now oriented toward prevention rather than reporting. His instructional capabilities have been a definite asset in training and motivating unit additional duty safety personnel. SSgt Crisp has an exceptional ability to instill safety awareness within personnel around him. **STRENGTHS:**　SSgt Crisp sets an outstanding example for Airman and other NCOs to follow by his military bearing and uniform appearance. He is an outstanding team worker who promotes a high "esprit de corps" within the section. **SUGGESTESTED ASSIGNMENTS:**　I would, without hesitation, recommend that he be assigned to a Headquarters or NAF Ground Safety Position. **OTHER COMMENTS:**　SSgt Crisp is eager for additional responsibilities and I recommend him for promotion ahead of his contemporaries.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD S. MONTEIRO, GS-11, DAFC<br>1st Tactical Fighter Wing (TAC)<br>Langley AFB VA | Ground Safety Officer | | 26 Sep 88 |
| | SSAN ▇▇▇▇▇ | SIGNATURE *(signed)* | |

**VI. 1ST INDORSER'S COMMENTS**　☒ CONCUR　☐ NONCONCUR
A hard charger who never hesitates to use considerable initiative and sound judgement to attack tough challenges. His 20 page guide for planning, implementing, and evaluating every critical aspect of Unit Ground Safety Programs will have a lasting positive effect on wing combat readiness. A superior NCO who deserves accelerated promotion.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| EDWARD C. LAND II, Lt Col, USAF<br>1st Tactical Fighter Wing (TAC)<br>Langley AFB, Virginia | Chief of Safety | | 5 Oct 88 |
| | SSAN ▇▇▇▇▇ | SIGNATURE *(signed)* | |

**VII. 2D INDORSER'S COMMENTS**　☐ CONCUR　☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE | |

**VIII. 3D INDORSER'S COMMENTS**　☐ CONCUR　☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE　*ECL* | |

AF FORM 910, JUN 84 (REVERSE)　　★ U.S.G.P.O.: 1987 - 201-386/70134　　**TSGT, SSGT, SGT PERFORMANCE REPORT**

## REQUEST AND AUTHORIZATION FOR PERMANENT CHANGE OF STATION - MILITARY
(THIS FORM IS SUBJECT TO THE PRIVACY ACT OF 1974 - USE BLANKET PAS - AF FORM 11)

The following individual will proceed on permanent change of station.

| 1. GRADE, LAST NAME, FIRST, MIDDLE INITIAL, SSAN | 2. AIRMAN PAY GRADE | 3. TED | ☐ PCS WITHOUT PCA ☒ PCS WITH PCA | 4. ☒ OVER 2 YEARS SERVICE (E-4 Only) |
|---|---|---|---|---|
| SGT CRISP, NATHAN D. ▬▬▬ | E-4 | SEP 86 | | |
| | 5. PDAFSC/CAFSC | 6. REPORT TO COMDR. NEW ASSIGNMENT NLT | | |
| | 24130 | 30 SEP 86 | | |

| 7. SECURITY CLEARANCE | 8. DDALVP | 9. DISLOCATION ALLOWANCE CATEGORY | 10. TPC WITH 12 DAYS TRAVEL TIME PERMITTED |
|---|---|---|---|
| SEC/ENTNAC/JAN 82 | YES | | |

**11. TDY**

en route to attend Course-ID: G3ALR24130 002, CLASS-ID: 86108, PDS: U7W, TITLE: Safety Specialist, Class start date is 28 Jul 86, Class grad date is 26 Sep 86.  Mbr will report in uniform to bldg 1400, Lowry AFB, CO NLT 1 day prior to class start date.

| 12. UNIT, MAJOR COMMAND, AND ADDRESS OF UNIT TO WHICH ASSIGNED | 13. UNIT, MAJOR COMMAND, AND ADDRESS OF UNIT FROM WHICH RELIEVED |
|---|---|
| HQ 1ST TACTICAL FIGHTER WG (TAC) LANGLEY AFB VA  23665-5000 | HQ 501 SECURITY POLICE GP (USAFE) APO NEW YORK 09150-5000 |

14. Individual will serve   ☐ Accompanied tour   ☐ All others tour   ☐ Short tour

15.A. TRAVEL OF DEPENDENT(S) IS AUTHORIZED.
☐ CONCURRENT ☐ TO A DESIGNATED LOCATION
B. ☐ DEPENDENTS WILL NOT RELOCATE

16. AUTHORITY FOR CONCURRENT TRAVEL

17. ☐ This is a Join-spouse Assignment

18. DEPENDENT(S) (List names of dependent(s) and DOB of children)

CINDY A. (WIFE)

19. ☐ Extended Tour Volunteer
☐ Member has Homebasing/Follow-on Assignment to.

**20. OVERSEA TRANSPORTATION DATA:**

A. ☐ Comply with MTA (DD Form 1482)
B. ☒ Member will comply with reporting time and flight reservations in the MTA or as arranged by the TMO per AFR 75-8, and is not auth to depart this station before receipt of validated MTA or GTR (SF 1169) from the TMO.
C. ☐ TDY station will obtain flight reservations. Member is not auth to depart TDY station before receipt of validated MTA or GTR from the TMO.
D. ☒ Dependent(s) will comply with reporting data and flight reservations in the MTA.

**21. HOUSING AVAILABILITY** (Oversea Assignment Only). (Check applicable block)

A. ☐ Will be available within 20 weeks. If travel of dependents and transportation of HHG are authorized and effected at government expense to another location this will exhaust travel and transportation entitlements until member receives new PCS orders. However, dependents are authorized shipment of unaccompanied baggage to another location and subsequent shipment to the member's oversea duty station.
B. ☐ Will not be available within 20 weeks. Transportation of dependents, shipment of HHG and unaccompanied baggage authorized to another location and subsequently to member's oversea duty station.

**22. PCS EXPENSE CHARGEABLE TO**

5763500 326 5871.0* 503725 (Insert N, D, H, I, G, F, A, S, C, T, or Y)

CIC:  4 5 648 0070 503725

NONTEMPORARY STORAGE CHARGEABLE TO:  5763500 326 5878.ON 503725

TAC: F68D F68D10*

**23. EXCESS BAGGAGE AUTHORIZED**

**24. TDY EXPENSE CHARGEABLE TO**

5763400 306 A8A328 A8A329 A8 S525002

POUNDS _____ PIECES _____

**25. AUTHORITY AND PCS CODE**

AFR 39-11

AAN: 0960NC5501   J

Pursuant to AFR 30-15, you will report to the base housing referral office servicing your new duty station before entering into any rental, lease, or purchase agreement for off-base housing.

**26. REMARKS** (Submit travel voucher within 5 workdays after completion of travel. If TDY en route is authorized, attach receipts showing cost of all lodgings used.)

The following items on the reverse apply (2,3,4,5,8,18,19).

| 27. DATE | 28. TYPED NAME, GRADE, AND TELEPHONE NO. OF CBPO OFFICIAL | 29. SIGNATURE |
|---|---|---|
| 15 APR 86 | LARRY D. MCQUEEN, MSGT, USAF   2146 | |

| 30. DESIGNATION AND LOCATION OF HEADQUARTERS | 31. SPECIAL ORDER NO. | DATE |
|---|---|---|
| DEPARTMENT OF THE AIR FORCE HQ 501ST CMBT SPT GP (USAFE) | AB-502 | 15 APR 86 |
| | 32. TDN | |

I certify that I have read and understand these orders. I agree to
report a explain any overage in accordance with AFR ...
I certify that the information contained on ... is ...
NOTE: ONLY THOSE ITEMS REFERENCED IN THE ORDER ARE APPLICABLE.

1. Mbr is authorized travel via ocean-going car ferry IAW MS ... N/DRAZ.IN JTR.
2. Immunizations IAW AFM 161-13 must be accomplished prior to departure.
3. In case of limited war or mobilization: Overseas move ... proceed on ... If in CONUS rpt to nearest mil stn.
4. Delays for personal convenience will be charged as leave. Delays for customs clearance or pick-up/deliver of POV or because traveler did not have current passport or immunizations is delay for person 1 reasons.
5. Report to TMO, Bldg 137, upon receipt of orders, to obtain your household goods (HHG) briefing.
6. Personnel returning via commercial means at their own expense will contact Outbound Assignments Units as soon as firm departure date is established to obtain out-processing date.
7. Immediately upon receipt of these orders contact Separation Unit for relocation briefing and clearance forms.
8. Mbr qualified under the Personnel Reliability Program (PRP).
9. The identified mbr has been initially screened and meets the qualifying criteria as stated in AFR 35-99 for the performance of Nuclear Weapons associated duties.
10. a. This is a CONUS reassignment
    b. This is an humanitarian reassignment.
    c. This is an intra-theater reassignment.
    d. This is a consecutive overseas tour (COT).
    e. Early reporting is authorized.
    f. Four (4) days proceed time is authorized.
11. This is a Base of Preference (BOP) for retirement.
12. Travel by privately owned vehicle is authorized.
13. Mbr is auth 5 days permissive TDY in conjunction with ... for the purpose of househunting. Mbr should contact housing referral before embarking on househunting and to terminate the TDY status upon successful arrangement of a housing contract. AUTH: AFR 35-26, Atch 1, Item 26.
14. Mbr authorized leave travel in conjunction with COT assignment per JTR paragraphs M5000 and M5001.
15. Mbr entitled to tvl and transp to (location designated [Item 26]) not to exceed cost of tvl to HOR [Item 26]).
16. Mbr entitled to tvl and transp allowance auth in Chap 4, Part D, JTR, subject to limitations in JTR Para M5501, to (location designated ... and Item 26).
17. (SPANISH STATEMENT) LA PERSONA A QUIEN ESTA ORDEN PERTENEZCA ESTA AUTORIZADA POR LAS AUTORIDADES MILITARES COMPETENTES DE LOS ESTADOS UNIDOS DE AMERICA PARA ENTRAR O SALIR DE ESPANA EN MISION OFICIAL, VESTIDO DE CIVIL O MILITAR (Required for travel in Spain)
18. NATO TRAVEL ORDER/US MILITARY ONLY)(See DESIGNATION/LOCATION OF HQs ON FRONT OF ORDER)
    NATO TRAVEL ORDER/ORDRE DE MISSION OTAN/NATO MARSCHBEFEHL

Country of Origin THE UNITED STATES OF AMERICA
Pays de provenance LES ETATS-UNIS D'Amerique (        )   Order Number (        ) See Reverse
Ursprungsland DIE VEREINIGTEN STAATEN VON AMERIKA

1. The bearer (and group as shown hereon or on attached list)            ) See Reverse
   Le porteur (et personnel porte ci-dessous ou sur la liste jointe)
   Der Inhaber(und unten oder aufstehender Liste aufgeführte Personen)

2. Will travel from                                    to            ) See Reverse
   Pour mouvement de                                    a
   Wird reisen von                                      nach       ) See Reverse
   Via                                    Date of Departure:
   Via                                    Date du depart:
   Über            See Reverse         Abfahrtsdatum          See Reverse
   Expected date of return
   Date probable du retour
   Voraussichtlicher Tag der Rueckkehr      See Reverse

2. Authority (is)(is not) granted to possess and carry arms.
   Autorisation de porter d'armes (accordee)(non accordee)
   Ist (ist)(ist nicht) gestattet, Waffen zu besitzen und zu tragen.

3. The person named in Para 1 is authorized to carry) La personne nommee au Paragraph 1 est autorisee a porter)
   Der in Paragraph 1 genannten Person ist es erlaubt)            ... dispatches, containing only official documents, numbered) nlle scelles, ne contenant que des documents ... numerotes) ... versiegelte Sendungen, die nur dienstliche Dokumente enthalten, mit ... Zahlen ...
4. I hereby certify that this individual/group is/are worn as a Force as defined in the NATO Status of Forces Agreement & that this is an authorized move under the terms of the Agreement. Je soussigne certifie que le personnel ... appartient a une armee telle que definie dans l'Accord OTAN sur le statut des Forces armees, et que ce deplacement est officiel selon les termes de cet accord. Hiermit bescheinige ich, dass die genannte Person(en) Mitglied einer Streitkraft ist (sind), gemaess der Definition im NATO-Truppenstatut und dass diese Reise im Einklang mit den Bestimmungen dieses Abkommens erfolgt.
19. Wear of military uniform on commercial aircraft, to & from Europe and the Middle East is prohibited.
20. Mbr is auth shipment of household goods/Hold Baggage IAW AFR 75-25, Table A11-2: a) R1 b) R2 c) R3 d) R4.
21. DEROS should be established as 12 months from DAS.

FOR THE COMMANDER

Por Reverse
Date of Issue, Date de ...

0955   13 JUN 86
X ...
William Kholer

# Study shows accidents are more common in home than on the job

By SSgt. Michael Fletcher
Staff writer

During December 1988 more than 300 home injuries were serious enough to be treated in the base hospital emergency room. Ranging from bruises to a punctured chest cavity, the majority of injuries were caused by falls.

"In December 1988, 82 falling injuries were treated in the emergency room," SSgt. Nathan Crisp, 1st Tactical Fighter Wing safety technician, said "This was by far the most common type of injury. Some of the causes included falling off coffee tables and ladders, slipping on throw rugs, tripping over toys on stairs, and fainting."

Sergeant Crisp briefs units and organizations on home and family safety.

"The degree of injury suffered at home can be serious and prevention requires the same common sense approaches as driving or on-the-job safety," he said.

"Children are often hurt by rough playing with other kids," Sergeant Crisp said. "Several of the injuries reported in December from play resulted in orthodontic damage and a visit to the dentist."

An important step toward having a safe home is attitude and action. Finding and fixing safety hazards, both inside and outside the home is one step in preventing injuries. Sergeant Crisp recommends that families go around their homes with a notebook and write down potential hazards. Examples of things to look for are: slippery throw rugs in bathrooms, stair landings and floors; sharp corners and pointed objects that could cause bruises or eye damage; worn electrical cords; heavy objects stored on closet shelves; and electrical appliances too close to sinks. Write down the hazards and work as a family to correct the hazards.

Other safeguards that may not be so obvious are fire plans that children can understand. Do all members of the family know how to operate a fire extinguisher? Does even the youngest child know when and how to dial 911? Are common household hazards such as sharpened pencils and plastic bags out of the reach of children? Are all firearms unloaded and locked separately from ammunition?

"Take a look under the kitchen sink and read the ingredients on the cleansers and other items stored there," Sergeant Crisp said. "Pesticides, cleaners and aerosols could prove poisonous if swallowed by an exploring child. If young children are in the home consider moving the toxic items to a storage shed or putting a lock on the cabinet."

The 1st TFW ground safety office has brochures with checklists to aid in checking homes for potential accidents. Briefings for units and groups may be scheduled and more information obtained by calling Ext. 45057.

HAMPTON NISSAN

Announcing

1ST Time Buyer Plan

NO

Credit?
Money Down?
Problem!

**Tax Preparation**

• idual • Business • Out-of-State

Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 55 of 91



# The United States Air Force

CERTIFIES THAT

## SSgt Nathan D. Crisp

HAS SUCCESSFULLY COMPLETED THE

**86th Wing, Ramstein Air Base, Germany**
**Total Quality Awareness Course (12 hrs)**

AND IS HEREWITH AWARDED THIS

# Certificate of Training



DONALD B. TODD, Lt Col, USAF
86th Wing Quality Instructor

**11 Sep 92**
_____
DATE

AF FORM 1256, NOV 86  Previous edition will be used.

Case 1:18-cv-02619-ELR     Document 1     Filed 05/29/18     Page 56 of 91

USAF TECHNICAL TRAINING SCHOOL
Lowry Technical Training Center, Lowry AFB, CO 80230-5100



# The United States Air Force



CERTIFIES THAT

SSGT NATHAN D. CRISP,

HAS SUCCESSFULLY COMPLETED THE

G3ALR24130 002 SAFETY SPECIALIST COURSE
PDS CODE U7W          Duration - 352 Hours

AND IS HEREWITH AWARDED THIS

# Certificate of Training

JAMES C. BOBICK, Colonel, USAF
Commander, 3400th Technical Training Wing



DATE

AF FORM 1256, JUN 84

Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 57 of 91



# The United States Air Force



CERTIFIES THAT

SSGT NATHAN D. CRISP,

HAS SUCCESSFULLY COMPLETED THE

G3AZR24170 000 SAFETY SUPERVISOR COURSE
PDS CODE VZ5          Duration - 168 Hours

AND IS HEREWITH AWARDED THIS

# Certificate of Training

ROBERT E. THORNTON, COL, USAF
Commander, 3400th Technical Training Wing

7 April 1989

DATE

FORM 1256, NOV 86  Previous edition will be used.

Case 1:18-cv-02619-ELR   Document 1   Filed 05/29/18   Page 58 of 91



# Honor Graduate

## UNITED STATES AIR FORCE
## AIR TRAINING COMMAND

### CERTIFIES

SSGT NATHAN D. CRISP, ██████████

G3AZR24170 000 SAFETY SUPERVISOR COURSE
PDS CODE VZ5          Duration - 168 Hours

## *IN RECOGNITION OF SUPERIOR ACADEMIC ACHIEVEMENT*

Conferred at ___LOWRY TECHNICAL TRAINING CENTER___

this __07__ day of ___APRIL___ in the year __1989__ .

ROBERT L. BROTZMAN, Lt Col, USAF
Commander, 3460th Technical Training Group

ROBERT E. THORNTON, Col, USAF
Commander, 3400th Technical Training Wing

ATC FORM 499, SEP 86 (REV)



# DEPARTMENT OF THE AIR FORCE

## THIS IS TO CERTIFY THAT

## THE AIR FORCE ACHIEVEMENT MEDAL

### HAS BEEN AWARDED TO

#### STAFF SERGEANT NATHAN D. CRISP

### FOR

**MERITORIOUS SERVICE**
**21 SEPTEMBER 1986 TO 2 OCTOBER 1989**

### ACCOMPLISHMENTS

Staff Sergeant Nathan D. Crisp distinguished himself by meritorious service while assigned to the 1st Tactical Fighter Wing, Langley Air Force Base, Virginia. His major contributions to the Wing Safety program include developing countless education packages and handouts concerning virtually every aspect of safety. His innovative ideas for our seasonal safety campaign made them a huge success. As a direct result of the contributions of Sergeant Crisp, total mishaps were reduced by 20 percent. The distinctive accomplishments of Sergeant Crisp reflect credit upon himself and the United States Air Force.

GIVEN UNDER MY HAND THIS     25th     DAY OF    September    19 89



JOHN M. McBROOM, Colonel, USAF
Commander, 1st Tactical Fighter Wing



AF FORM 2274, JUL 81

Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 60 of 91

# Noncommissioned Officer Leadership School

## Distinguished Graduate

### Be it known that

STAFF SERGEANT NATHAN D. CRISP

is acclaimed a **Distinguished Graduate of class** 88-B .
**This distinction denotes achievement as a Leader and as
a Scholar. Awarded at** Langley Air Force Base, VA **on this** 16th **day
of** December , 19 87

Commandant

RM 241, MAR 85

Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 61 of 91



# 1st Combat Support Group
# Headquarters Squadron

## This is to acknowledge that

SSgt Nathan D. Crisp

has achieved an outstanding score of **94** % on the Course Examination for Career Development Course **24150, Safety Specialist.**

Congratulations on a Job Well Done ~ This outstanding Achievement reflects credit upon your Squadron, yourself, and the United States Air Force. Presented this **4th** day of **June** ,19 **87.**

Commander

Squadron OJT Manager



# Certificate of Appreciation

## Awarded to

A1C NATHEN D. CRISP

## CITATION

FOR YOUR OUTSTANDING PERFORMANCE DURING THE POST ATTACK COMMAND AND CONTROL SYSTEMS DISPERSAL FROM 23 THRU 26 JUNE IN SUPPORT OF GLOBAL SHIELD 1983.

JOHN J. SULLIVAN, Lt. COL., USAF
44 SPS COMMANDER

C FORM FEB 78 146

Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 63 of 91

# Honorable Discharge



### from the Armed Forces of the United States of America

*This is to certify that*

NATHAN DEE CRISP, ══════════ Staff Sergeant, Regular Air Force

*was Honorably Discharged from the*

# United States Air Force

on the __8TH__ day of __November 1992__ — *This certificate is awarded as a testimonial of Honest and Faithful Service*

*Kenneth S. Klein*

KENNETH S. KLEIN, Captain, USAF
Ramstein Air Base, Germany

**DD** FORM 1 NOV 51 **256 AF**

THIS IS AN IMPORTANT RECORD — SAFEGUARD IT!



# Noncommissioned Officer Leadership School
# Distinguished Graduate

### Be it known that

STAFF SERGEANT NATHAN D. CRISP

is acclaimed a Distinguished Graduate of class ___88-B___.
This distinction denotes achievement as a Leader and as
a Scholar. Awarded at ___Langley Air Force Base, VA___ on this ___16th___ day
of ___December___, 19_87___

Commandant



Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 65 of 91

# CERTIFICATE OF APPRECIATION

**IS PRESENTED TO**

SSGT NATHAN D. CRISP

*for Outstanding Contributions in support of*
*the Northern Iraq security and humanitarian relief effort during*

**OPERATION PROVIDE COMFORT**

L. SCOTT CURTIS, Major, USAF
Chief of Safety
39 TACG

James L. Jamerson, Maj Gen, USAF
Commanding General
Operation Provide Comfort

UR

*(THIS FORM IS SUBJECT TO THE PRIVACY ACT OF 1974 · USE BLANKET PAS · AF FORM 11.)*

| REQUEST AND AUTHORIZATION FOR TDY TRAVEL OF DOD PERSONNEL<br>*(Reference: Joint Travel Regulations)*<br>Travel Authorized as Indicated in Items 2 through 21. | 1. DATE OF REQUEST<br>13 NOV 91 |
|---|---|

**REQUEST FOR OFFICIAL TRAVEL**

| 2. NAME (Last, First, Middle Initial) AND SSAN | 3. POSITION TITLE AND GRADE OR RATING |
|---|---|
| ----------SEE REVERSE---------- | ----------SEE REVERSE---------- |

| 4. OFFICIAL STATION | 5. ORGANIZATIONAL ELEMENT | 6. PHONE NO. |
|---|---|---|
| N/A | ----------SEE REVERSE---------- | 480-5785 |

| 7. TYPE OF ORDERS | 8. SECURITY CLEARANCE | 9. PURPOSE OF TDY |
|---|---|---|
| CEM | ----SEE REVERSE---- | TO PARTICIPATE IN CINC: USAFE OPORD:4335B (MSN) (SPECIAL MISSION TRAVEL) |

| 10a. APPROX. NO. OF DAYS OF TDY (Including travel time) | b. PROCEED O/A (Date) |
|---|---|
| 179 | 17 NOV 91 |

**11. ITINERARY**    [X] VARIATION AUTHORIZED

FROM:  RAMSTEIN AB GE
TO:  INCIRLIK AB TU
RETURN TO:  RAMSTEIN AB GE

T-2181
6789
$950.00
911115

**12. MODE OF TRANSPORTATION**

| COMMERCIAL | | | | GOVERNMENT | | | PRIVATELY OWNED CONVEYANCE (Check one) |
|---|---|---|---|---|---|---|---|
| RAIL | AIR | BUS | SHIP | AIR | VEHICLE | SHIP | RATE PER MILE: |
| | | | | | | | ☐ MORE ADVANTAGEOUS TO GOVERNMENT |

☐ AS DETERMINED BY APPROPRIATE TRANSPORTATION OFFICER (XXXXXX) TRANSOCEANIC TRAVEL

☐ MILEAGE REIMBURSEMENT AND PER DIEM LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER TRANSPORTATION AND RELATED PER DIEM AS DETERMINED IN JTR. TRAVEL TIME LIMITED AS INDICATED IN JTR.

**13.** [X] PER DIEM AUTHORIZED IN ACCORDANCE WITH JTR.
☐ OTHER RATE OF PER DIEM (Specify)

| 14. | | ESTIMATED COST | | | 15. ADVANCE AUTHORIZED |
|---|---|---|---|---|---|
| PER DIEM | TRAVEL | OTHER | | TOTAL | |
| $ 11195.00 | $ | $ | | $ | $ |

11333                                         628

16. REMARKS *(Use this space for special requirements, leave, superior or 1st-class accommodations, excess baggage, registration fees, etc.) (Prior to travel overseas comply with the Foreign Clearance Guide for passport, immunization, and clearance requirements. Attach receipts showing cost of all lodgings used during the period of this claim. SUBMIT TRAVEL VOUCHER WITHIN 5 WORKDAYS AFTER COMPLETION OF TRAVEL.)*

Actual period of deployment is from 17 NOV 91 to 22 MAY 92. All personnel must report to the personnel processing facility upon arrival at the employment location. If variations in the itinerary are used, your supervisor is required to sign your travel voucher prior to submitting it to AFO for settlement. All personnel must hand-carry the following: ID card, ID tags, AF FM 245, shot records, and AF FM 1199/Line badge (if applicable). As a result of your overseas TDY, you may be entitled to an adjustment to your Short Tour Return Date (STRD), Overseas Duty Selection Date (ODSD) and/or short tour (SEE REVERSE)

| 17. REQUESTING OFFICIAL (Title and signature) | 18. APPROVING OFFICIAL (Title and signature) |
|---|---|
| ANTHONY TOWNS, TSgt, USAF<br>NCOIC, Personnel Readiness Unit | |

**AUTHORIZATION**

| 19. ACCOUNTING CITATION | DISTRIBUTION+B |
|---|---|
| DEPARTMENT OF THE AIR FORCE  5713400 301 8044 311010 02 40739<br>HQ 86 SUPPORT GROUP (USAFE)  40839 40939 678900 CIC:  4 4 280<br>APO AE 09094-5000  0210 678900 ESP:  5A<br>TDN FOR THE COMMANDER | 2-86 MSSQ/UR<br>2-86 FW/ACB/ACFPM<br>2- 86 FW/CCQ<br>2- 86 OPG/CCB |

| 20. ORDER AUTHORIZING OFFICIAL (Title and signature) OR AUTHENTICATION | 21. DATE ISSUED |
|---|---|
| JOHNNIE SEWARD JR., Maj, USAF<br>Chief, Base Information Management | 13 NOV 91 |
| | 22. TRAVEL ORDER NUMBER<br>TC-75 |

**OFFICIAL**

DD FORM 1610   REPLACES AF FORM ... JUN 75, WHICH IS OBSOLETE.   *U.S. GOVERNMENT PRINTING OFFICE:1988-201-372:80649

SUPPORT SQ/MSPUX OVERPRINT"

ITEMS 2,3,5,8,16 CONT.

credit IAW AFR 36-20 or 39-11. You must retain a copy of this TDY order and the paid copy of your TDY voucher to ensure proper credit. CEM orders are required. Variations are authorized. Duty uniform: BDUs/Flight suit. Deploy with A bag/sleeping bag, B bag, cold weather gear, latest LES, OJT records, and the maximum amount of funds. Billeting and messing will be on base. Report to 86 MSSQ/MSPUX upon completion of TDY. Member is authorized 75 lbs excess baggage. Mbr is in support of Operation Provide Comfort, Phase III. Contact TMO for travel arrangements. AUTHORITY: Per telecon with EACOS/DPXX on 13 NOV 91 and AFR 39-11. LEGEND: 4-SECRET.

| FRN/LN NUMBER | NAME | SSN | GRD | CAFSC DAFSC | SC CL | P R P | PAS | S E X | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| CTFB/029 | CRISP, NATHAN D. | | SSG | 24150 | 3 | | RFODFB1T | M | |



28. NATO TRAVEL ORDER (For US Military only)
(See designation and location of headquarters on front of order)
NATO TRAVEL ORDER
ORDRE DE MISSION OTAN
NATO MARSCHBEFEHL
Country of origin THE UNITED STATES OF AMERICA Order No)
Pays de provenance LES ETATS-UNIS D'AMERIQUE Numéro de série)
Ursprungsland DIE VEREINIGTEN STAATEN VON AMERIKA
Anweisungsnr.)                                          see reverse

a. The bearer (and group as shown here or on attached list)
Le porteur (et personnel porté ci-dessous ou sur la liste jointe)
Der Inhaber (und unten oder auf anhaengender Liste
aufgefuehrte Personen)                                  see reverse

b. Will travel from)                          to)
Fera mouvement de)
Wird reisen von) see reverse                   nach) see reverse
Via)                       Date of departure)
Via)                       Date du départ)
Ueber) see reverse         Ablahrtsdatum) see reverse
Expected date of return)
Date probable de retour)
Verausachtlicher Tag der Rueckkehr) see reverse

c. Authority is/is not granted to possess and carry arms.
Autorisation de porter d'armes accordée/non accordée.
Es ist/ist nicht gestattet, Waffen zu besitzen und zu tragen.

d. The person named in paragraph 1 is authorized to carry)
La personne indiquée au paragraphe 1 est autorisée à porter)
Der in Paragraph 1 genannten Person ist es erlaubt)

sealed dispatches, containing only official documents, numbered)
plis scellés, ne contenant que des documents officials, numérotés)
numerierts versiegelte Sendungen, die nur dienstliche Dokumente enthalten, mit
sich zu fuehren)

e. I hereby certify that this individual/group is/are member(s) of a force defined in
the NATO Status of Forces Agreement, and that this is an authorized move under
the terms of this agreement.
Je soussigné certifie que le personnel visé appartient à une armée telle que
définie dans l'accord OTAN sur le statut des Forces armées et que ce
déplacement est official selon les termes de cet accord.
Hiermit bescheinige ich, dass die genannte(n) Person(en) Mitglied einer Streitkraft
ist/sind, gemaess der Definition im NATO-Truppenstatut und dass diese Reise im
Einklang mit den Bestimmungen dieses Abkommens erfolgt.

f. This travel order is to be produced to civil and military authorities on request.
Cet ordre de mission devra être présenté sur demande des autorités civiles et
militaires.
Dieser Marschbefehl soll zivilen und militaerischen Amtspersonen auf Verlangen
vorgezeigt werden.

FOR THE COMMANDER:

(OFFICER AUTHORIZING MOVEMENT
(OFFICIER AUTORISANT LE MOUVEMENT
see reverse                (OFFIZIER, DER DIESE REISE GENEHMIGT
Date of issue, Date de l'autorisation, Ausstellungsdatum:  see reverse

8048



# DEPARTMENT OF THE AIR FORCE
### HEADQUARTERS 1ST COMBAT SUPPORT GROUP (TAC)
### LANGLEY AIR FORCE BASE VA 23665-5000

REPLY TO
ATTN OF:   HQ SQ (Maj Muller, 2875)                    7 April 1989

SUBJECT    Letter of Appreciation

TO:    1 TFW/SE (Lt Col Land)

1.  Please convey to SSgt Nathan Crisp my great pleasure in forwarding the attached Certificate from Brigadier General Julius F. Johnson, in recognition of his service and support for the 41st Presidential Inauguration in Washington, D.C., on 20 January 1989.

2.  This certificate is indicative of the high standards which have characterized his performance in this command and reflects most favorably on your unit and the United States Air Force.

DOUGLAS J. MULLER, Major, USAF          1 Atch
Commander, Hq Sq Section                Certificate

UNITED STATES AIR FORCE



Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 69 of 91



# CERTIFICATE of APPRECIATION

IS AWARDED TO

Nathan D. Crisp

IN RECOGNITION OF

National Night Out

RAYMOND B. YOH, Jr.
Colonel, USAF
Chief, Security Police

3 Aug 93

USAFE FORM 33 JAN 89 PREVIOUS EDITION WILL BE USED

Case 1:18-cv-02619-ELR    Document 1    Filed 05/29/18    Page 70 of 91



# Community College of the Air Force

The Commander, Air Training Command,

by virtue of the authority vested by law

and on the recommendation of the College does hereby confer on

## Nathan D. Crisp

the degree of

### Associate in Applied Science

### Safety

with all rights and privileges pertaining thereto

Given this    20th    day of    November 1992

In witness whereof the Seal of the College
and our signatures are hereto affixed

Colonel, U.S. Air Force
President, Community College of the Air Force

General, U.S. Air Force
Commander, Air Training Command

AIR UNIVERSITY - COMMUNITY COLLEGE OF THE AIR FORCE

Nathan Crisp
6121 Creekford Dr.
Lithonia GA 30058

STUDENT NAME: CRISP, NATHAN D

STUDENT ID: XXXXX9984
DOB: 29-Aug-XXXX
SEX: M

THIS TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A SIGNATURE OR RAISED SEAL

TRANSCRIPT LEGEND ON REVERSE

THE WORD COPY APPEARS WHEN PHOTOCOPIED

| REGISTERED FOR | 9IIY Safety | 06-Aug-1987 |
| ASSOCIATE OF APPLIED SCIENCE DEGREE AWARDED | | 20-Nov-1992 |

| AIR FORCE COURSE NO / CCAF COURSE CODE | TITLE / TITLE | DATE COMPLETED (OR RECORDED) | SEM HRS | GRADE |
|---|---|---|---|---|
| | BASIC MILITARY TRAINING | CREDIT AWARDED 03-Aug-1982 | | |
| PHE1000 | PHYSICAL EDUCATION/WELLNESS | | 4.00 | S |
| 3ABR81130 002 | SECURITY SPECIALIST | LACKLAND AFB 16-Sep-1982 | | |
| LAW1801 | MARKSMANSHIP LABORATORY | | 2.00 | S |
| LAW1802 | SECURITY OPS AND DUTIES | | 2.00 | S |
| LAW1807 | CONFRONTATION MANAGEMENT | | 2.00 | S |
| LAW2814 | SECURITY PRACTICUM | | 3.00 | S |
| 3ALR24130 002 | SAFETY SPECIALIST | LOWRY AFB 19-Sep-1986 | | |
| EDT1501 | INST PRIN AND TECH | | 3.00 | S |
| SAF1501 | FIRST AID/POLE TOP RESCUE | | 1.00 | S |
| SAF1811 | SAFETY ENGINEERING | | 5.00 | S |
| SAF2604 | ACCIDENT PREVENTION MGT | | 3.00 | S |
| SAF2809 | WEAPONS SAF PROG MGT | | 5.00 | S |
| 5NCO99300 000 | NCO LEADERSHIP SCHOOL | LANGLEY AFB 16-Dec-1987 | | |
| LMM1111 | LEADERSHIP/MANAGEMENT I | | 2.00 | S |
| LMM1112 | MANAGERIAL COMM I | | 1.00 | S |
| LMM1113 | MILITARY STUDIES I | | 2.00 | S |
| 5INT00570 000 | AIR FORCE SPECIALTY INTERNSHIP | CREDIT AWARDED 23-Jan-1989 | | |
| INT5000 | JOURNEYMAN | | 4.00 | S |
| INT7000 | CRAFTSMAN | | 4.00 | S |
| 3AZR24170 000 | SAFETY SUPERVISOR | LOWRY AFB 07-Apr-1989 | | |
| SAF1803 | ACCIDENT INVESTIGATION | | 2.00 | S |
| SAF1812 | SAFETY MANAGEMENT I | | 2.00 | S |
| SAF2604 | ACCIDENT PREVENTION MGT | | 1.00 | S |
| SAF2805 | SAFETY MANAGEMENT II | | 2.00 | S |

***************************************** TRANSFER CREDITS ACCEPTED *****************************************

| CITY COLLEGE OF CHICAGO-CHICAGO CITY-WIDE COL | 06-Mar-1987 |
| SAINT LEO UNIVERSITY | 19-Jan-1989 |
| UNIVERSITY OF MARYLAND | 23-Nov-1992 |
| COLLEGE LEVEL TESTING | 24-Oct-1994 |

***************************************** LAST ENTRY *****************************************

ALL VALID ENTRIES ARE IN THIS TYPE FONT: ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789

PAGE 1 OF 1

412/WEBREQ/ ISSUED TO STUDENT PAFSC: 1S051

TERESA D AMATUZZI
DIRECTOR, ENROLLMENT MANAGEMENT

FICE: 012308

05-Nov-2009
DATE OF ISSUE

BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL

**I. RATEE IDENTIFICATION DATA**

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. CURRENT GRADE |
|---|---|---|
| CRISP, NATHAN D. | ▀▀▀▀▀▀ | SGT |

| 4. DAFSC | 5. DUTY TITLE OR TITLE OF ADDITIONAL DUTY |
|---|---|
| 81150 | Arms Room Attendant |

**II. TYPE OF REPORT** (Check appropriate block in Part A.) (Complete Part B as required.)

**A**  ☐ SUPPLEMENTAL SHEET (Complete Part B, Items I and 2 only.)   ☒ LETTER OF EVALUATION (Complete Part B, Items I thru 4.)   ☐ AF ADVISOR REVIEW (Complete Part B, Items I and 2 only.)

| B | 1. FROM | 2. THRU | 3. REPORT IS | | |
|---|---|---|---|---|---|
| | 6 Mar 86 | 14 May 86 | | ☒ MANDATORY | ☐ OPTIONAL |

| B | 4. REASON FOR REPORT | | | |
|---|---|---|---|---|
| | | ☒ CRO 60 OR MORE DAYS SUPERVISION | IMPORTANT ADDITIONAL DUTY | |
| | | ☐ CRO LESS THAN 60 DAYS SUPERVISION | PIPELINE STUDENT | |
| | | ☐ TDY 60 OR MORE DAYS SUPERVISION | GEOGRAPHIC SEPARATION | |
| | | ☐ TDY LESS THAN 60 DAYS SUPERVISION | OTHER - EXPLAIN IN SECTION III | |

**III. COMMENTS**

FACTS AND SPECIFIC ACHIEVEMENTS: Sgt Crisp has performed his duties in an excellent manner. He has shown the ability to supervise others in the training of flight armorers, and his supervision of subordinates assigned to him. Sgt Crisp is responsible for maintaining accountability of approximately 800 weapons, related ammunition and security support equipment. He has helped significantly in the maintenance of equipment and the filing of weapon qualifications. STRENGTHS: His ready sense of humor and fine qualities of leadership make him popular among his peers and subordinates alike. His personal appearance is always well within standard. OTHER COMMENTS: Sgt Crisp is a member of the Air Force Sergeant's Association. He is enrolled in the Community College of the Air Force and is currently studying the Russian language through a correspondence course. His selection for promotion to staff sergeant is well deserved.

**IV. EVALUATOR IDENTIFICATION DATA**

| 1. NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, LOCATION | 2. DUTY TITLE | 3. DATE |
|---|---|---|
| ROLAND D. JOY, SSgt, USAF 501st Security Police Gp, (USAFE) RAF Greenham Common, England | Arms Room Attendant | 14 May 86 |
| | 4. SSAN ▀▀▀▀ | 5. SIGNATURE *Roland C. Joy* |

AF FORM 77 AUG 62   PREVIOUS EDITION WILL BE USED.       SUPPLEMENTAL EVALUATION SHEET

☆ U.S. Government Printing Office: 1985-460-083/23484

CERTIFIED FROM COPY, ACCIS 38 EMMONS

**I. RATEE IDENTIFICATION DATA**

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. CURRENT GRADE |
|---|---|---|
| CRISP, NATHAN D. | ▓▓▓▓▓▓ | Sgt |

| 4. OAFSC | 5. DUTY TITLE OR TITLE OF ADDITIONAL DUTY |
|---|---|
| 81150 | Arms Room Attendant |

**II. TYPE OF REPORT** *(Check appropriate block in Part A.) (Complete Part B as required.)*

| A | ☐ SUPPLEMENTAL SHEET *(Complete Part B, Items 1 and 2 only.)* | ☒ LETTER OF EVALUATION *(Complete Part B, Items 1 thru 4.)* | ☐ AF ADVISOR REVIEW *(Complete Part B, Items 1 and 2 only.)* |
|---|---|---|---|

| B | 1. FROM 4 Sep 85 | 2. THRU 30 Nov 85 | 3. REPORT IS | ☒ MANDATORY | ☐ OPTIONAL |
|---|---|---|---|---|---|

| 4. REASON FOR REPORT | ☒ CRO 60 OR MORE DAYS SUPERVISION | ☐ IMPORTANT ADDITIONAL DUTY |
|---|---|---|
| | ☐ CRO LESS THAN 60 DAYS SUPERVISION | ☐ PIPELINE STUDENT |
| | ☐ TDY 60 OR MORE DAYS SUPERVISION | ☐ GEOGRAPHIC SEPARATION |
| | ☐ TDY LESS THAN 60 DAYS SUPERVISION | ☐ OTHER - EXPLAIN IN SECTION III |

**III. COMMENTS** FACTS AND SPECIFIC ACHIEVEMENTS: Sgt Crisp has accepted and accomplished all tasks in an excellent manner. He completes all assignments in the specified time criteria and puts a great deal of pride into these accomplishments. He helped repack over 250,000 rounds of ammunition that was condemned. This act not only aided the 501st Security Police Group, but also aided the wing in sustaining mission capability. Sgt Crisp has put a lot of extra hours ensuring all weapons and munitions are prepared for ground launched cruise missile dispersal operations. RECOMMENDED IMPROVEMENT AREAS: Sgt Crisp will unnecessarily create unfavorable incidents with his co-workers and individuals on flight. He has been counseled on how to handle stressful situations more tactfully in order for cooler heads to prevail. Sgt Crisp has shown a marked improvement and continues to improve rapidly. If he can learn to look before he leaps into a situation, there is no reason he cannot become an outstanding NCO. EDUCATIONAL AND TRAINING ACCOMPLISHMENTS: Sgt Crisp has just completed his seven level career development course and is currently enrolled with the University of Maryland attempting to complete his Associates Degree. OTHER COMMENTS: With more experience and patience, Sgt Crisp can mature into an outstanding NCO. The potential that he has is virtually unlimited.

**IV. EVALUATOR IDENTIFICATION DATA**

| 1. NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND, LOCATION | 2. DUTY TITLE | 3. DATE |
|---|---|---|
| ROY S. RITENOUR, SSgt, USAF 501st Security Police Group (USAFE) RAF Greenham Common, England | NCOIC, Security Police Armory | 30 Nov 85 |
| | 4. SSAN ▓▓▓▓▓ | 5. SIGNATURE *(signature)* |

AF FORM 77 AUG 82    PREVIOUS EDITION WILL BE USED.

SUPPLEMENTAL EVALUATION SHEET

☆U.S. Government Printing Office: 1983-429-979/1771

2 DEC 1985

## I. RATEE IDENTIFICATION DATA  (Read AFR 39-62, Vol I, carefully before completing any item.)

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. GRADE |
|---|---|---|
| CRISP, NATHAN D. | ▮▮▮▮▮▮ | A1C |

| 4. ORGANIZATION, COMMAND, LOCATION AND PAS CODE | 5. PERIOD OF REPORT AND SUPERVISION | 6. REASON FOR REPORT |
|---|---|---|

44th Security Police Squadron (SAC)
Ellsworth AFB, SD
EJOSFDH3

| FROM | 14 Jun 82 | NO. OF DAYS | | CHANGE OF RATER | |
|---|---|---|---|---|---|
| | | | X | ANNUAL | |
| THROUGH | 13 Jun 83 | 225 | | DIRECTED BY | |

| 7. PAFSC | 8. DAFSC | 9. CAFSC |
|---|---|---|
| 81130 | 81130 | 81130 |

## II. JOB DESCRIPTION:

Unit Aircraft Security Guard.  Close in and close boundary sentry for alert aircraft, entry controller for Priority "A" and "B" resources, primary and reserve security alert team member/leader.  Responsible for the enforcement of and adherence to special security and operating instructions, regulations and other pertinent directives.

## III. EVALUATION OF PERFORMANCE

| | | N/O | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 3. LEARNING ABILITY: Consider how well ratee grasps instructions, communicates (oral and written), and understands principles and concepts related to the job. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 4. SELF-IMPROVEMENT EFFORTS: Consider how well ratee progresses in on-the-job training and in other efforts to improve technical knowledge and educational level. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 5. ADAPTABILITY TO MILITARY LIFE: Consider how well ratee adapts and conforms to the requirements of military duties not directly related to the job. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force airmen. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |

## IV. OVERALL EVALUATION

How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating.

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| RATER | | | | | | | | | | ☒ |
| 1ST INDORSER | | | | | | | | | | ☒ |
| 2D INDORSER | | | | | | | | | | ☒ |
| 3D INDORSER | | | | | | | | | | ☒ |

AF FORM 909 SEP 79    PREVIOUS EDITIONS ARE OBSOLETE.

AIRMAN PERFORMANCE REPORT
(Airman Basic thru Senior Airman)

**V. RATER'S COMMENTS** FACTS AND SPECIFIC ACHIEVEMENTS: AlC Crisp performed all his duties in an outstanding manner. In his capacity as a CIS, he uses sound judgment in detection, fast reaction to sound the alarm, prompt and effective action to neutralize any threat during an exercise or actual situation. As a Response Force member, he can be counted upon to tactically deploy in an outstanding manner; using the best available cover and individual tactical movement techniques. AlC Crisp has exhibited a high degree of professionalism that exceeds his current rank. His personal appearance, conduct and attitude, have always been above reproach. He achieved an overall rating of 93% on his initial standardization/evaluation test, which clearly demonstrates his abilities and his outstanding job knowledge. Due to his all-around knowledge of his career field, he was chosen to represent his flight for Airman of the Month/Quarter. STRENGTHS: AlC Crisp is an enthusiastic individual, with a very strong desire to excel in any task he is assigned. Through his example, others are motivated to exceed their normal output to keep up with him. EDUCATIONAL AND TRAINING ACCOMPLISHMENTS: AlC Crisp has maintained an overall average of 98% on the four volumes of his five skill level CDCs. OTHER COMMENTS: With his talents, AlC Crisp is deserving of a more demanding/responsible duty position (i.e., entry controller, alarm monitor/annunciator). AlC Crisp is actively involved in the Big Brother's Program, through which he has displayed his dedication and unselfishness in helping others less fortunate. Recommend promotion ahead of his peers.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| MICHAEL J. BURNS, SSgt, USAF<br>44th Security Police Squadron (SAC)<br>Ellsworth AFB, SD | Fire Team Leader | | 13 Jun 83 |
| | SSAN | SIGNATURE | |

**VI. 1ST INDORSER'S COMMENTS** ☒ CONCUR ☐ NONCONCUR
AlC Crisp is a conscientious, hard working airman, who takes a great deal of pride in performing all tasks in an outstanding manner. He willingly accepts added responsibilities. His personal conduct is of the highest order and is an example for others to follow. For his overall knowledge of his career field and undying devotion to duty, AlC Crisp was recently selected for the 1983 SAC Combat Weapons Loading Competition Team to represent Security. Recommend promotion to SrA below the zone immediately!

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| THOMAS E. MORTON SR., 1Lt, USAF<br>44th Security Police Squadron (SAC)<br>Ellsworth AFB, SD | Shift Commander | | 13 Jun 83 |
| | SSAN | SIGNATURE | |

**VII. 2D INDORSER'S COMMENTS** ☒ CONCUR ☐ NONCONCUR
I have observed AlC Crisp in the performance of his duties and can attest to his exemplary characteristics both on/off-duty. He has undoubtedly given of himself for the betterment of others, by his involvement with the Big Brother's Program. He sets the envious example for his fellow airmen to follow. Promote!

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| JOHN J. SULLIVAN, Lt Colonel, USAF<br>44th Security Police Squadron (SAC)<br>Ellsworth AFB, SD | Commander | | 13 Jun 83 |
| | SSAN | SIGNATURE | |

**VIII. 3D INDORSER'S COMMENTS** ☒ CONCUR ☐ NONCONCUR
AlC Crisp exudes the essence of professionalism. This is apparent through the excellence he has displayed in his job performance, thereby being selected for the 1983 SAC Combat Weapons Loading Competition Team. AlC Crisp would make any commander proud to have him in the organization. Promote this outstanding individual.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| DAVID H. BASSETT, Colonel, USAF<br>44th Security Police Group (SAC)<br>Ellsworth AFB, SD | Commander, 44 SPG | | 13 Jun 83 |
| | SSAN | SIGNATURE | |

## I. RATEE IDENTIFICATION DATA (Read AFR 39-62 carefully before completing any item)

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. GRADE | 4. DAFSC |
|---|---|---|---|
| CRISP, NATHAN D. | [redacted] | SrA | 81150 |

| 5. ORGANIZATION, COMMAND, AND LOCATION | 6. PAS CODE |
|---|---|
| 501st Security Police Gp (USAFE), RAF Greenham Common, England | GCODF4CJ |

| 7. PERIOD OF REPORT | 8. NO. OF DAYS OF SUPERVISION | 9. REASON FOR REPORT |
|---|---|---|
| FROM: 3 April 1985    THRU: 3 September 1985 | 154 | CRO |

## II. JOB DESCRIPTION

1. DUTY TITLE: Arms Room Attendant.

2. KEY DUTIES, TASKS, AND RESPONSIBILITIES: Responsible for the issue, control, and accountability of weapons, munitions and communication equipment assigned to the security police armory. Responsible for ensuring that weapons issued are clean and operational. Responsible for identifying and tagging inoperative or unsafe weapons and monitoring the weapons. Monitors denial list to ensure that only authorized personnel are issued weapons.

## III. EVALUATION OF PERFORMANCE

| | | N/O | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | | | | | | | | | | ☒ | |
| | 1ST INDORSER | | | | | | | | | | ☒ | |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | ☒ | |
| | 1ST INDORSER | | | | | | | | | | ☒ | |
| 3. LEARNING ABILITY: Consider how well ratee grasps instructions, communicates (oral and written), and understands principles and concepts related to the job. | RATER | | | | | | | | | ☒ | | |
| | 1ST INDORSER | | | | | | | | | | ☒ | |
| 4. SELF-IMPROVEMENT EFFORTS: Consider how well ratee progresses in on-the-job training and in other efforts to improve technical knowledge and educational level. | RATER | | | | | | | | | | ☒ | |
| | 1ST INDORSER | | | | | | | | | | ☒ | |
| 5. ADAPTABILITY TO MILITARY LIFE: Consider how well ratee adapts and conforms to the requirements of military duties not directly related to the job. | RATER | | | | | | | | | | ☒ | |
| | 1ST INDORSER | | | | | | | | | | ☒ | |
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force airmen. | RATER BR BH N/O | | | | | | | | | | ☒ | |
| | 1ST INDORSER BR BH | | | | | | | | | | ☒ | |

## IV. OVERALL EVALUATION

| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating. | RATER | | | | | | | | | ☒ | |
| | 1ST INDORSER | | | | | | | | | ☒ | |
| UNIT COMMANDER REVIEW (Initials) | 2D INDORSER | | | | | | | | | | ☒ |
| | 3D INDORSER | | | | | | | | | | |

AF FORM 909 JUN 84    PREVIOUS EDITION WILL BE USED

AIRMAN PERFORMANCE REPORT
(Airman Basic thru Senior Airman)

**V. RATER'S COMMENTS** FACTS AND SPECIFIC ACHIEVEMENTS: SrA Crisp has performed his assigned duties in an excellent manner. He has demonstrated a high degree of knowledge, dedication to duty, and desire to accept more responsibility. SrA Crisp spent many additional hours helping to prepare the armory for the "Outstanding Security Police Group of the Year" visit from HQ Air Force Office of Security Police. He maintains his duty section in a high state of military appearance at all times. SrA Crisp is always striving to improve his working conditions and boost morale among his peers. His positive attitude and willingness to ensure mission accomplishment aided immeasurably in the recent NATO Tactical Evaluation. SrA Crisp is responsible for maintaining accountability for approximately 800 weapons and 200,000 rounds of munitions while performing duties within the armory. He has proven himself an excellent armorer by accomplishing issues to Ground Launched Cruise Missile defense forces in a timely manner. STRENGTHS: SrA Crisp is a very personable, knowledgeable, and highly motivated young man. RECOMMENDED IMPROVEMENT AREAS: On occasions, SrA Crisp has not shown good judgment in the performance of his armory duties. He has been counseled and has shown considerable improvement, If improvement continues, he has the potential to become an outstanding NCO. OTHER COMMENTS: SrA Crisp is recommended for promotion and retention is his career field and service.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| GARRY P. GRAHAM, TSgt, USAF 501st Security Police Gp (USAFE) RAF Greenham Common, England | NCOIC Arms and Equipment | | 3 Sep 85 |
| | SSAN ▬▬▬ | SIGNATURE *Garry P. Graham* | |

**VI. 1ST INDORSER'S COMMENTS**   ☐ CONCUR   ☒ NONCONCUR

SrA Crisp is a highly motivated security policeman. He is very knowledgeable of his assigned duties and maintains a high military appearance during the performance of his duties. SrA Crisp has the potential to become an outstanding NCO. Recommend promotion.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| STEPHEN B. FOSTER, MSgt, USAF 501st Security Police Gp (USAFE) RAF Greenham Common, England | Resource Manager | | 3 Sep 85 |
| | SSAN ▬▬▬ | SIGNATURE | |

**VII. 2D INDORSER'S COMMENTS**   ☒ CONCUR   ☐ NONCONCUR

SrA Crisp is a most definte asset to the security police speciality and United States Air Force. With continued improvements and more experience within his career field, he has the potential to become an effective NCO. Promote along with his contemporaries.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| RICHARD B. AVENS, Sqn Ldr, RAF 501st Security Police Gp (USAFE) RAF Greenham Common, England | Group Operations Officer | | 3 Sep 85 |
| | SSAN ▬▬▬ | SIGNATURE | |

**VIII. 3D INDORSER'S COMMENTS**   ☐ CONCUR   ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE | |

AF FORM 909, JUN 84 (REVERSE)    ✭ U.S. GOVERNMENT PRINTING OFFICE 1984-444-168

**AIRMAN PERFORMANCE REPORT**
(Airman Basic thru Senior Airman)

**I.  RATEE IDENTIFICATION DATA**     (Read AFR 39-62, Vol I, carefully before completing any item.)

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. GRADE |
|---|---|---|
| CRISP, NATHAN D. | | A1C |

| 4. ORGANIZATION, COMMAND, LOCATION AND PAS CODE | 5. PERIOD OF REPORT AND SUPERVISION | | 6. REASON FOR REPORT |
|---|---|---|---|
| 501st Missile Security Sq (USAFE) RAF Greenham Common, England GCODF5QY | FROM 14 Jun 1983 THROUGH 06 Aug 1984 | NO. OF DAYS 120 | X  CHANGE OF RATER / ANNUAL DIRECTED BY |

| 7. PAFSC | 8. DAFSC | 9. CAFSC |
|---|---|---|
| 81150 | 81130 | 81130 |

**II.  JOB DESCRIPTION:** Security Specialist.  Responds to areas of alarm activations, exercises correct tactical deployment, and conducts searches for suspicious activities and objects. Reports all activities to Central Security Control.  Takes action to contain or neutralize security situations.

**III.  EVALUATION OF PERFORMANCE**

| | | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | N/O | | | | | | | | | | X |
| | 1ST INDORSER | | | | | | | | | | | X |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | X |
| | 1ST INDORSER | | | | | | | | | | | X |
| 3. LEARNING ABILITY: Consider how well ratee grasps instructions, communicates (oral and written), and understands principles and concepts related to the job. | RATER | N/O | | | | | | | | | | X |
| | 1ST INDORSER | | | | | | | | | | | X |
| 4. SELF-IMPROVEMENT EFFORTS: Consider how well ratee progresses in on-the-job training and in other efforts to improve technical knowledge and educational level. | RATER | N/O | | | | | | | | | | X |
| | 1ST INDORSER | | | | | | | | | | | X |
| 5. ADAPTABILITY TO MILITARY LIFE: Consider how well ratee adapts and conforms to the requirements of military duties not directly related to the job. | RATER | N/O | | | | | | | | | | X |
| | 1ST INDORSER | | | | | | | | | | | X |
| 6. BEARING AND BEHAVIOR: Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force airmen. | RATER | | | | | | | | | | | | X |
| | 1ST INDORSER | | | | | | | | | | | | X |

**IV.  OVERALL EVALUATION**

| How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating. | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RATER | | | | | | | | | | X |
| | 1ST INDORSER | | | | | | | | | | X |
| | 2D INDORSER | | | | | | | | | | X |
| | 3D INDORSER | | | | | | | | | | |

AF FORM 909 DEC 82     PREVIOUS EDITION WILL BE USED

**AIRMAN PERFORMANCE REPORT**
(Airman Basic thru Senior Airman)

27 AUG 1984

**V. RATER'S COMMENTS** FACTS AND SPECIFIC ACHIEVEMENTS: AlC Crisp has carried out all Security Police duties in a truly outstanding manner. Performing as Security Response Team leader, Airman Crisp responds to all situations in a positive and aggressive manner, employing all team resources to maximum advantage. He insures all assigned equipment is in a high state of readiness and his members are knowledgeable of all task require- ments. As Missile Command Post Entry Controller during the command inspections recently completed, he impressed inspector personnel with his bearing, duty performance and overall dedication. His outstanding performance directly contributed to the attainment of the "excellent" rating achieved by the Security Squadron. AlC Crisp has operated all assigned security vehicles without accident or incident. STRENGTHS: AlC Crisp is a very highly motivated, knowledgeable and ambitious Security Policeman. He grasps all instructions quickly, implements procedures correctly, and performs all assignments brilliantly. His bearing, dress, and conduct are of the highest order and serve as an excellent model for peers. EDUCATIONAL AND TRAINING ACCOMPLISHMENTS: AlC Crisp is enrolled with the Community College of the Air Force and has completed a total of twenty credit hours. He is voluntarily enrolled in the 7 level Security Police CDC. OTHER COMMENTS: Retain in the Security Police career field and service. Recommend promotion ahead of contemporaries through the below the zone promotion competition program.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | DATE |
|---|---|---|
| SCOTT A. RUECKER, Sgt, USAF 501st Missile Security Sq (USAFE) RAF Greenham Common, England | Security Specialist | 26 Aug 84 |
| | SSAN ▓▓▓▓ | SIGNATURE |

**VI. 1ST INDORSER'S COMMENTS**  ☒ CONCUR   ☐ NONCONCUR

AlC Crisp's performance has been truly outstanding. He volunteered for and partici- pated in the June 6th "D" Day Memorial Parade in Portsmouth, England. His performance on this occasion presented the United States Air Force in a very favorable light, with. many glowing comments being received by the installation commander. Recommend promo- tion ahead of his contemporaries.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | DATE |
|---|---|---|
| CLIFFORD J. RICHMOND, TSgt, USAF 501st Missile Security Sq (USAFE) RAF Greenham Common, England | Security Supervisor | 26 Aug 84 |
| | SSAN ▓▓▓▓ | SIGNATURE |

**VII. 2D INDORSER'S COMMENTS**  ☒ CONCUR   ☐ NONCONCUR

AlC Crisp is a very mature young airman. His calm and rational thinking enabled him to control any situation that arose. He has excellent potential for advancement and should be placed in positions with increased responsibility. Recommend promotion ahead of contemporaries.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | DATE |
|---|---|---|
| JAMES E. TEBERG, Capt, USAF 501st Missile Security Sq (USAFE) RAF Greenham Common, England | Defense Force Commander | 26 Aug 84 |
| | SSAN ▓▓▓▓ | SIGNATURE |

**VIII. 3D INDORSER'S COMMENTS**  ☐ CONCUR   ☐ NONCONCUR

THIS SECTION NOT USED

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | DATE |
|---|---|---|
| | | |
| | SSAN | SIGNATURE |

US GOVERNMENT PRINTING OFFICE: 1982-380-979/352

**AIRMAN PERFORMANCE REPORT** (Airman Basic thru Senior Airman)

## I. RATEE IDENTIFICATION DATA — (Read AFR 39-62, Vol I, carefully before completing any item.)

| 1. NAME (Last, First, Middle Initial) | 2. SSAN | 3. GRADE |
|---|---|---|
| CRISP, NATHAN D. | ▓▓▓▓▓▓▓▓ | SrA |

| 4. ORGANIZATION, COMMAND, LOCATION AND PAS CODE | 5. PERIOD OF REPORT AND SUPERVISION | | 6. REASON FOR REPORT |
|---|---|---|---|
| 501 MISSILE SECURITY SQUADRON (USAFE) RAF GREENHAM COMMON, ENGLAND GCODF5QY | FROM 7 Aug 84 | NO. OF DAYS | X CHANGE OF RATER  ANNUAL  DIRECTED BY |
| | THROUGH 2 Apr 85 | 217 | |

| 7. PAFSC | 8. DAFSC | 9. CAFSC |
|---|---|---|
| | 81130 | |

## II. JOB DESCRIPTION:

Security Specialist. Responds to areas of alarm activations, exercises correct tactical deployment, and conducts searches for suspicious activities and objects. Reports all activities to Central Security Control. Takes action to contain or neutralize security situations.

## III. EVALUATION OF PERFORMANCE

| | | N/O | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PERFORMANCE OF DUTY: Consider the quantity, quality, and timeliness of duties performed as described in Section II. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 2. HUMAN RELATIONS: Consider how well ratee supports and promotes equal opportunity, shows concern and is sensitive to needs of others. | RATER | | | | | | | | | | | ☒ |
| | 1ST INDORSER | | | | | | | | | | | ☒ |
| 3. LEARNING ABILITY: Consider how well ratee grasps instructions, communicates (oral and written), and understands principles and concepts related to the job. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 4. SELF-IMPROVEMENT EFFORTS: Consider how well ratee progresses in on-the-job training and in other efforts to improve technical knowledge and educational level. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 5. ADAPTABILITY TO MILITARY LIFE: Consider how well ratee adapts and conforms to the requirements of military duties not directly related to the job. | RATER | ☐ | | | | | | | | | | ☒ |
| | 1ST INDORSER | ☐ | | | | | | | | | | ☒ |
| 6. BEARING AND BEHAVIOR Consider the degree to which ratee's bearing and behavior on and off duty improve the image of Air Force airmen. | RATER (BR/BH) | | | | | | | | | | | ☒ |
| | 1ST INDORSER (BR/BH) | | | | | | | | | | | ☒ |

## IV. OVERALL EVALUATION

How does the ratee compare with others of the same grade and Air Force specialty? Potential for promotion and increased responsibility are essential considerations in this rating.

| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
|---|---|---|---|---|---|---|---|---|---|---|
| RATER | | | | | | | | | | ☒ |
| 1ST INDORSER | | | | | | | | | | ☒ |
| 2D INDORSER | | | | | | | | | | ☒ |
| 3D INDORSER | | | | | | | | | | |

AF FORM 909 DEC 82    PREVIOUS EDITION WILL BE USED

**AIRMAN PERFORMANCE REPORT**
(Airman Basic thru Senior Airman)

**V. RATER'S COMMENTS FACTS AND SPECIFIC ACHIEVEMENTS:** SrA Crisp has performed all Security Police duties in a most professional and outstanding manner. Performing as Response Force leader, SrA Crisp reacts aggressively, rapidly, and positively to all security situations utilizing weapon, terrain, concealment and vehicle resources to optimum effectiveness. The standardization of deployment tactics coupled with extensive training allowed SrA Crisp to develope team members into a dynamic and cohesive team. All team personnel are well briefed, completely equipped, and can be relied upon to respond effectively to any threat and neutralize it with enthusiasm. SrA Crisp's performance in the field dispersal role of the Ground Launched Cruise Missile (GLCM) Program conducted at RAF Longmoore by instructor personnel from the Royal Air Force regiment was commented upon as being outstanding in the areas of concealment, equipment and position camouflage, and aggressiveness. SrA Crisp was promoted to his present grade through the Below the Zone Promotion Program. STRENGTHS: Intelligent, well motivated, capable, and ambitious. Grooming and conduct of the highest order. EDUCATIONAL AND TRAINING ACCOMPLISHMENTS: Qualified as Response Force leader, with the M-60 machinegun, and all assigned response force vehicles. Completed the NCO Preparatory school during this period. OTHER COMMENTS: Ready for NCO status.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| MARK S. PERRY, SSgt, USAF 501st Missile Security Sq (USAFE) RAF Greenham Common, England | Security Supervisor | | 18 Apr 85 |
| | SSAN | SIGNATURE | |

**VI. 1ST INDORSER'S COMMENTS**   ☒ CONCUR   ☐ NONCONCUR

SrA Crisp's performance on every occasion has enabled the Missile Security Squadron to successfully meet all mission objectives. His cheerfulness under trying and stressful conditions promote a harmonious atmosphere among his response force team personnel. Obvious potential for outstanding career. Promote ahead of contemporaries.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| CLIFFORD J. RICHMOND, TSgt, USAF 501st Missile Security Sq (USAFE) RAF Greenham Common, England | Security Supervisor | | 18 Apr 85 |
| | SSAN | SIGNATURE | |

**VII. 2D INDORSER'S COMMENTS**   ☒ CONCUR   ☐ NONCONCUR

SrA Crisp is a truly outstanding security policeman. His demonstrated excellence in both the garrison and field dispersal role of the Ground Launched Cruise Missile program have made him a most definite asset to this security police unit. His selection for armorer duties is indicative of his versatility.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| THOMAS L. HOLZ, Capt, USAF 501st Missile Security Sq (USAFE) RAF Greenham Common, England | Assistant Operations Officer | | 18 Apr 85 |
| | SSAN 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FV | SIGNATURE | |

**VIII. 3D INDORSER'S COMMENTS**   ☐ CONCUR   ☐ NONCONCUR

THIS SECTION NOT USED.

| NAME, GRADE, BRANCH OF SERVICE, ORGANIZATION, COMMAND AND LOCATION | DUTY TITLE | | DATE |
|---|---|---|---|
| | | | |
| | SSAN | SIGNATURE | |

**AIRMAN PERFORMANCE REPORT**
(Airman Basic thru Senior Airman)

FROM:   1CRS/MACS                                              14 Feb 89

SUBJ:   Job Safety Analysis

  TO:   All CRS Supervisors


1.   AFR 127-2, para 4-11a(2) requires supervisors to conduct job safety
analyses for equipment used and tasks performed in their workcenter(s).
The analysis process may result in only needing to identify existing
guidance in technical orders, regulations, and/or other official public-
ations.   Some tasks will be identified, in the analysis, that require
guidance developement by the supervisor.   In either case, a survey of
workcenter tasks and equipment is a good starting point for the analysis.

2.   I have attached a task/equipment analysis inventory worksheet and
a copy of "Job Safety Analysis" (National Safety Council).   The point of
contact at Wing Safety is SSgt Crisp, Ext. 5057.   SSgt Crisp will assist
you personally, in your workcenter, at your request.

3.   Please forward your completed survey to TSgt Goodwin NLT 27 Feb 89.


*Gerald M. Huther*
Gerald M. Huther, TSgt, USAF
Unit Safety Representative



# DEPARTMENT OF THE AIR FORCE
### HEADQUARTERS 1ST TACTICAL FIGHTER WING (TAC) ·
### LANGLEY AIR FORCE BASE VA 23665-5000

**18 AUG 1988**

REPLY TO
ATTN OF:  SC

SUBJECT:  Annual Communication Security Education  Program (CSEP) Inspection

TO:  1 TFW/SE

1.  An annual inspection was conducted of your organization's CSEP program, IAW AFR 56-50/TAC Sup 1, on 10 Aug 88.   The purpose of this inspection was to evaluate the unit program and to provide training.

2.  This inspection was conducted by:  MSgt James J. Jedynak, Base CSEP NCO

3.  Personnel  contacted:  SSgt Crisp

4.   AFR 56-50/TAC Sup 1  was used to conduct the annual inspection.   No discrepancies were noted.

5.   SSgt Crisp is doing an excellent job with the Unit CSEP.   The recent exposure of the Walker Family espionage ring highlights the need for a strong program, and we intend to ensure this type of incident never happens on Langley. Your continued emphasis on communications security will make this goal a reality.

6.  If you have any questions contact MSgt Jedynak, extension 42866.

WILLIAM D. MEYERS, Lt Col, USAF
Chief, Communications-Computer Systems

Note — Super results! Thanks!
Lt Col Laird.

| SAFETY | DIVISION | |
|---|---|---|
| Agency | Action | Info |
| SE | | |
| SEF | | |
| SEW | | |
| SEG | | |

*Readiness is our Profession*

**APPENDIX 3**



### Item specifics

Condition:     Used: An item that has been used previously. See the seller's listing for
full details and description of ... Read more

Obsolete USAF Security Police Badge.  These began being used in 1966  when the name
changed from Air Police to Security Police.  They were government issued. This badge has
been worn & needs to be cleaned, but is in great shape.  Badge is 2 1/2" long and 1 1/2" wide.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

**Similar sponsored items**

Feedback on our suggestions







| Air Force Security Polic e enameled Nickel Med | USAF Air Force Securit y Forces Police challen | Beats by Dr. Dre Studio 2.0 Black Over Ear Hea | AIR FORCE SECURIT Y FORCES POLICE B | 4" AIR FORCE SECUR ITY FORCES POLICE | Beats By Dr. Dre Urbea ts In Ear Headphones |
|---|---|---|---|---|---|
| $10.95 + $2.00 | $34.50 Free shipping | $84.00 $109.00 Free shipping Popular | $14.24 $14.99 Free shipping | $14.24 $14.99 Free shipping | $26.95 Free shipping Almost gone |

Back to search results

Return to top

More to explore :  Collectible Obsolete Police Badges,  Collectible Mini Police Badges,  Collectible Obsolete International Police Badges,
Collectible Obsolete Canada Police Badges,  Collectible Novelty & Replica Police Badges,  Collectible Obsolete US Police Badges

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

**APPENDIX 4**



APPENDIX 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Butch Ayers
75 Langley Dr.
Lawrenceville, GA 30046

9590 9402 1420 5329 7377 00

2. Article Number (Transfer from service label)
7017 3040 0000 4969 7313

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
GWINNETT COUNTY
MAIL SERVICES

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gwinnett County Attorney
GJAC
75 Langley Drive
Lawrenceville, GA

9590 9402 1420 5329 7376 87

2. Article Number (Transfer from service label)
7017 3040 0000 4969 7306

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
GWINNETT COUNTY

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

APR 1 6 2018

RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charlotte Nash
75 Langley Dr.
Lawrenceville, GA 30046

9590 9402 1420 5329 7352 63

2. Article Number (Transfer from service label)
7017 3040 0000 4969 7290

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  GWINNETT COUNTY
MAIL SERVICES
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR 1 8 2018

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



